IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>V )<br>)<br>LYNDA LORRAINE WOODS )<br>    Defendant. ) | Criminal No. 04-54 ERIE |

## NOTICE

TAKE NOTICE that the above-captioned defendant, is scheduled for a Change of Plea hearing on **Monday, August 8, 2005, at 9:00 a.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                        S/Nicole M. Kierzek
                                        Nicole M. Kierzek
                                        Deputy Clerk

cc: All counsel of record __nk__