# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States  )
                         )
         Plaintiff  )
                         )
vs.                     ) No. 1:04 CR 54
                         )
Lynda Lorraine Woods  )
                         )
         Defendant  )

HEARING ON  Change of Plea

Before Judge  Sean J. McLaughlin

Chris Trabold, AUSA                 Tom Patton, AFPD
_____    _____
Appear for Plaintiff                         Appear for Defendant

Hearing begun  8/8/05  11:00 AM   Hearing adjourned to _____

Hearing concluded C.A.V.  11:20 AM   Stenographer  Ron Bench
                                                            Clerk: K.A. Scibetta

### WITNESSES:

For Plaintiff                         For Defendant

Δ pleaded guilty to Count 1 of the Superseding Indictment. Remaining counts to be dismissed at time of sentencing per Exhibit 1, plea agreement. Sentencing scheduled for Monday, 11/7/05 at 11:00 AM in Courtroom C.