FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-54 Erie |
| ) | |
| LYNDA LORRAINE WOODS ) | |

## ARRAIGNMENT PLEA

Defendant Lynda Lorraine Woods being arraigned, pleads **Not Guilty** in open Court this **21st** day of **January**, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

**AND NOW**, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered **January 21, 20 05**, and now pleads guilty in open court this **8** day of **August** 20 **05**.

as to Count One Only

_____
Defendant