**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 04-54 Erie |
| v. | ) |
| | ) |
| LYNDA LORRAINE WOODS | ) |

**O R D E R**

AND NOW, *to wit*, this 24th day of August 2005, the Defendant having entered a change of plea in the above-captioned case,

IT IS HEREBY ORDERED that the Defendant's sentencing hearing will be held on **Monday, November 7, 2005, at 11:00 a.m. in Courtroom C**, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

              s/ Sean J. McLaughlin
              United States District Judge

cm: All counsel of record.
   U.S. Probation Department
   U.S. Marshal Service