IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v.   )<br>)<br>LYNDA LORRAINE WOODS, )<br>)<br>Defendant. ) | Criminal Action No. 04-54 Erie |

**ORDER**

AND NOW, this 24th day of October, 2005, IT IS HEREBY ORDERED that sentencing is rescheduled before the undersigned on **Friday, November 18, 2005 at 1:30 p.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

                                                  s/ Sean J. McLaughlin
                                                  United States District Judge

cc:    All parties of record.
       U.S. Marshal Service
       Probation