PENNSYLVANIA STATE POLICE
BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd, Plum Twp. Venango Co

EXHIBIT NUMBER: 1

DESCRIPTION: Plastic Container of Muriatic Acid

SIZE: 1 Gallon
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: Full
(Full, Empty, How Many Pieces)

COLOR: Clear
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: Sunnyside
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Tracy Futher    DATE: 8/20/04    TIME: 1930

WHERE FOUND: Lower Room in Barn

SAMPLE TAKEN (YES)/ NO    TAKEN BY BFS.

A

<u>PENNSYLVANIA STATE POLICE</u>
<u>BUREAU OF DRUG LAW ENFORCEMENT</u>

INCIDENT# _____.

LAB LOCATION: <u>WOODS RESIDENCE, 1501 MEADVILLE RD, PLUM TWP. VENANGO CO.</u>

EXHIBIT NUMBER: <u>2</u>.

DESCRIPTION: <u>CLEAR GLASS JAR</u>

_____

_____

SIZE: <u>16 OZ</u>.
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: <u>HALF FULL</u>.
(Full, Empty, How Many Pieces)

COLOR: <u>CLEAR / AMBER LIQUID</u>.
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: <u>NONE</u>.
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: <u>USED</u>.

FOUND BY: <u>SGT. TROY FUTULEZ</u> DATE: <u>8/20/04</u>. TIME: <u>1931</u>.

WHERE FOUND: <u>LOWER ROOM IN BARN</u>

SAMPLE TAKEN (YES)/ NO  <u>TAKEN BY B.F.S.</u>

## PENNSYLVANIA STATE POLICE
## BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd, Plum Twp. Venango Co.

EXHIBIT NUMBER: 3

DESCRIPTION: Clear Glass Drinking Jar

SIZE: 1 Quart
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: Residue
(Full, Empty, How Many Pieces)

COLOR: White
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: Golden Harvest
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Troy Futher   DATE: 8/20/04   TIME: 1932

WHERE FOUND: Lower Room in Barn

SAMPLE_TAKEN (YES)/ NO   Taken By B.F.S.

## PENNSYLVANIA STATE POLICE
## BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd, Plum Twp. Venango Co.

EXHIBIT NUMBER: 4

DESCRIPTION: Rolled Aluminum Foil with Salt

SIZE: Approx 6 IN.
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: Full of Salt
(Full, Empty, How Many Pieces)

COLOR: Silver
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: N/A
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Tracy Fotuhez   DATE: 8/20/04   TIME: 1933

WHERE FOUND: Lower Room in Barn

SAMPLE TAKEN (YES)/ NO   Taken by BFS.

PENNSYLVANIA STATE POLICE
BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd, Plum Twp. Venango Co.

EXHIBIT NUMBER: 5

DESCRIPTION: Wooden/Steel Brush

SIZE: 8 in
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: NA
(Full, Empty, How Many Pieces)

COLOR: Brown
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: NA
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Tracy Futher   DATE: 8/20/04   TIME: 1935

WHERE FOUND: Lower Room / Barn

SAMPLE TAKEN (YES)/ NO   Taken by BFS.

# PENNSYLVANIA STATE POLICE
## BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd, Plum Twp. Venango Co.

EXHIBIT NUMBER: 6

DESCRIPTION: Stained Paper Towels, Kingsford Lighter Fluid Containers, Small Baby Food Jar

SIZE: Quart Lighter Fluid Containers
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: Empty
(Full, Empty, How Many Pieces)

COLOR: NA
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: Kingsford
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Troy Futher   DATE: 8/20/04   TIME: 1937

WHERE FOUND: Lower Room in Barn

SAMPLE TAKEN (YES)/ NO BY B.F.S.

# PENNSYLVANIA STATE POLICE
## BUREAU OF DRUG LAW ENFORCEMENT

INCIDENT#: _____

LAB LOCATION: Woods Residence, 1501 Meadville Rd., Plum Twp. Venango Co.

EXHIBIT NUMBER: 7

DESCRIPTION: White Plastic Amonia Container with Hose Coming Out of Top

SIZE: 64 oz
(Length, Weight, Gallons, Ounces, Milliliters, Grams)

AMOUNT: 10% Full
(Full, Empty, How Many Pieces)

COLOR: Clear / White Residue on End of Hose
(Color Of Liquid; Powder; Bottle; Substance)

MARKINGS: None
(Labels; Stickers; Ink Markings; Factory Name)

NEW/USED/FACTORY SEALED: Used

FOUND BY: Sgt. Tracy Fotuher  DATE: 8/20/04  TIME: 1938

WHERE FOUND: Lower Room in Barn

SAMPLE TAKEN (YES)/ NO  Taken by B.F.S.