

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES

Erie Regional Laboratory
4310 Iroquois Avenue
Erie, PA 16511-2196



*An ASCLD/LAB Accredited Laboratory.*
*(Since March 7, 2002)*

## Drug Identification

| | |
|---|---|
| LAB REPORT | E04-02852-1 |
| REPORT DATE: | August 24, 2004 |
| INCIDENT NO.: | |

**CASE:** DRUG DEVICE AND COSMETIC ACT

**SUBJECT:** Commonwealth of Pennsylvania (Victim)
Woods, Lynda (Suspect)

**PLACE:** Plum Township, Venango County, Pennsylvania

**DATE:** August 20, 2004

**FROM:** PSP Erie

**SUBMISSION:** Item 1 was submitted by John A. Kelton on August 23, 2004.

**ITEMS:**
1.   **One (1) sealed box**
1.1  One (1) sample of clear liquid.
1.2  One (1) glass jar containing a binary, clear and orange liquid.
1.3  One (1) jar containing residue.
1.4  One (1) tin foil container containing a crystal substance.
1.6  One (1) sample of yellow liquid and one (1) piece of plastic tubing with white residue on the end.
1.7  One (1) sample of paper towel with orange stains.

**CONCLUSIONS:**

1  The liquid in items #1.1 and #1.6 were identified as hydrochloric acid, a strong acid commonly used during the clandestine manufacture of methamphetamine.

2  The clear liquid in item #1.2 contained acetone an organic solvent commonly used during the clandestine manufacture of methamphetamine.

3  The orange liquid in item #1.2 contained methamphetamine (Schedule II) and hydriodic acid, a powerful acid used to clandestinely reduce pseudoephedrine to methamphetamine.

4  No controlled substance was identified in items #1.3 and #1.7.

5  The crystal substance in item #1.4 was identified as sodium chloride. The combination of tinfoil and sodium chloride is commonly used during the final stage of clandestinely manufacturing methamphetamine.

6  The residue in item #1.6 contained methamphetamine (Schedule II).

**Discussion:**

The illegal or clandestine manufacture of methamphetamine is commonly accomplished using one of two methods. Both of these methods use a base precursor of ephedrine and or pseudoephedrine. The most common method seen in Western Pennsylvania is the "Red P" method.

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES
Erie Regional Laboratory

LAB REPORT   E04-02852-1
REPORT DATE:   August 24, 2004
INCIDENT NO.:

    The "Red P" method begins with crushing or grinding tablets containing ephedrine or pseudoephedrine. The result of the grinding process is then added to water or an organic solvent and filtered, separating the ephedrine and or pseudoephedrine from the tablet binders. The ephedrine and or pseudoephedrine solution is then reduced to methamphetamine using a strong acidic mixture of red phosphorous and iodine, while gently heating. When the reduction is complete the solution is filtered, recovering the red phosphorus. The solution containing the methamphetamine is then made basic using an alkaline substance. The methamphetamine is then collected as an oily liquid floating at the top of the solution using an organic solvent. To complete this method an acidic vapor is passed through the oily liquid via a tube or hose and the product is complete as methamphetamine crystal.

    The items which were analyzed contained key elements used in the clandestine manufacture of methamphetamine and the controlled substance methamphetamine. It is my opinion that the suspect was clandestinely manufacturing methamphetamine.

PLEASE ARRANGE FOR THE DISPOSITION OF THE REMAINING EVIDENCE WITHIN THIRTY (30) DAYS.

slims

COPIES:   Commanding Officer
              William McLellan

John A. Kelton
Forensic Scientist 2
Erie Regional Laboratory