Mass, Weight, Density or Specific Gravity of Liquids



**Specific gravity/density** - www.MettlerToledo.com
of liquids - measured with high accuracy

Ads by Gooooogle

**specific gravity of liquids**                                **Density, mass, SG of Liquids.**

**⬇ Unit Conversion Tool - download** a unit converter of length, mass, area, force, and hundreds more!    Google [        ] Search

The density of over 150 different liquids are listed below. While the data is useful for design, individual samples will differ. Temperature and purity will often have a marked influence.
As 1000kg of pure water @ 4°C = 1 cubic metre, those materials under 1000kg/cubic metre will float; more dense will sink ie. those materials with a specific gravity more than 1. More detailed data on **water is on another page**.

Pure water at 4°C (max. density) was chosen as the 'base line' for **specific gravity** and given the value of 1.

Some other standards set pure water at 60°F as sg = 1 so it is more correct to state the base used.
The specific gravity of all other materials are compared to water as a fraction heavier or lighter density.
For example, acetic acid has a specific gravity (sg) of 1.0491 while acetone has a sg of 0.785 (784.58 kg/cu.m) - see table below.
As specific gravity is just a comparison, it can be applied across any units. The density of pure water is also 62.4 lbs/cu.ft (pounds per cubic foot) and if we know that a sample of ethyl alcohol has a sg of 0.785 then we can calculate that its density is 0.785 x 62.4 = 49 lbs/cu.ft.
Note, kg/cu.m divided by 16.02 = lbs/cu.ft.
kg/cu.m divided by 1,000 = g/ml (grams per millilitre) and also = kg/L (1000g = 1 kg and 1000ml = 1 Litre)

[ density of materials ] [ density of wood ] [ density of metals ] [ density of water ]

| Liquid | Temp | kg/cu.m |
|---|---|---|
| 1,1,2-Trichlorotrifluoroethane | 25 C | 1564.00 |
| 1,2,4-Trichlorobenzene | 20 C | 1454.00 |
| 1,4-Dioxane | 20 C | 1033.60 |
| 2-Methoxyethanol | 20 C | 964.60 |
| Acetic Acid | 25 C | 1049.10 |
| Acetone | 25 C | 784.58 |
| Acetonitrile | 20 C | 782.20 |
| Alcohol, ethyl | 25 C | 785.06 |
| Alcohol, methyl | 25 C | 786.51 |
| Alcohol, propyl | 25 C | 799.96 |
| Ammonia (aqua) | 25 C | 823.35 |
| Analine | 25 C | 1018.93 |
| Automobile oils | 15 C | 880 - 940 |
| Beer (varies) | 10 C | 1010 |
| Benzene | 25 C | 873.81 |
| Benzil | 25 C | 1079.64 |
| Brine | 15 C | 1230 |
| Bromine | 25 C | 3120.40 |
| Butyric Acid | 20 C | 959 |
| Butane | 25 C | 599.09 |

**Related pages**
" Home page
" Info on SI Units
" SI Unit Descriptions
" SI Derived Units
" SI Prefixes (mega, giga)
" Imperial/UK Units
" Scientific Notation
--(i.e. what is 1.00E+09)
" Metric Forum

**Detail pages**

" Feet to metres calculator
" Metres to feet calculator
" British Thermal Units Btu
" Density of bulk materials
" Density of liquids
" Specific Gravity of water
" Density of metals
" Density of woods
" Kitchen metric
" Medical metric
" Parts per million - ppm
" Clothing metric
" Yarn metric
" Time
" cc to hp
" Paper & Envelopes
" Gross to Nett price
" Nett to Gross price
" Add on Commission
" Sheet metal swg - mm

| Liquid | Temp | Density |
|---|---|---|
| n-Butyl Acetate | 20 C | 879.60 |
| n-Butyl Alcohol | 20 C | 809.70 |
| n-Butyl Chloride | 20 C | 886.20 |
| Caproic acid | 25 C | 921.06 |
| Carbolic acid | 15 C | 956.30 |
| Carbon disulfide | 25 C | 1260.97 |
| Carbon tetrachloride | 25 C | 1584.39 |
| Carene | 25 C | 856.99 |
| Castor oil | 25 C | 956.14 |
| Chloride | 25 C | 1559.88 |
| Chlorobenzene | 20 C | 1105.80 |
| Chloroform | 20 C | 1489.20 |
| Chloroform | 25 C | 1464.73 |
| Citric acid | 25 C | 1659.51 |
| Coconut oil | 15 C | 924.27 |
| Cotton seed oil | 15 C | 925.87 |
| Cresol | 25 C | 1023.58 |
| Creosote | 15 C | 1066.83 |
| Crude oil, 48° API | 60 F | 790 |
| Crude oil, 40° API | 60 F | 825 |
| Crude oil, 35.6° API | 60 F | 847 |
| Crude oil, 32.6° API | 60 F | 862 |
| Crude oil, California | 60 F | 915 |
| Crude oil, Mexican | 60 F | 973 |
| Crude oil, Texas | 60 F | 873 |
| Cumene | 25 C | 860.19 |
| Cyclohexane | 20 C | 778.50 |
| Cyclopentane | 20 C | 745.40 |
| Decane | 25 C | 726.28 |
| Diesel fuel oil 20 to 60 | 15 C | 820 - 950 |
| Diethyl ether | 20 C | 714 |
| o-Dichlorobenzene | 20 C | 1305.80 |
| Dichloromethane | 20 C | 1326.00 |
| Diethylene glycol | 15 C | 1120 |
| Dichloromethane | 20 C | 1326.00 |
| Dimethyl Acetamide | 20 C | 941.50 |
| N,N-Dimethylformamide | 20 C | 948.70 |
| Dimethyl Sulfoxide | 20 C | 1100.40 |
| Dodecane | 25 C | 754.63 |
| Ethane | -89 C | 570.26 |
| Ether | 25 C | 72.72 |
| Ethylamine | 16 C | 680.78 |
| Ethyl Acetate | 20 C | 900.60 |

" Wire & rod swg - awg
" Electrical wire swg - awg
" Steam tables (4 pages)
" Watts, amps, volts, ohms
" M Threads & spanners
" Self tapping screws
" M tap & pilot drill sizes

Search SiMetric

**Other useful sites**
Aerial survey photos of UK, bits of Europe & Australia.

A guide to earning money or the internet

| Liquid | Temp | Density |
|---|---|---|
| Ethyl Alcohol | 20 C | 789.20 |
| Ethyl Ether | 20 C | 713.30 |
| Ethylene Dichloride | 20 C | 1253.00 |
| Ethylene glycol | 25 C | 1096.78 |
| Fluorine refrigerant R-12 | 25 C | 1310.95 |
| Formaldehyde | 45 C | 812.14 |
| Formic acid 10% concentration | 20 C | 1025 |
| Formic acid 80% concentration | 20 C | 1221 |
| Freon - 11 | 21 C | 1490 |
| Freon - 21 | 21 C | 1370 |
| Fuel oil | 60 F | 890.13 |
| Furan | 25 C | 1416.03 |
| Furforol | 25 C | 1154.93 |
| Gasoline, natural | 60 F | 711.22 |
| Gasoline, Vehicle | 60 F | 737.22 |
| Gas oils | 60 F | 890 |
| Glucose | 60 F | 1350 - 1440 |
| Glycerin | 25 C | 1259.37 |
| Glyme | 20 C | 869.10 |
| Glycerol | 25 C | 1126.10 |
| Heptane | 25 C | 679.50 |
| Hexane | 25 C | 654.83 |
| Hexanol | 25 C | 810.53 |
| Hexene | 25 C | 671.17 |
| Hydrazine | 25 C | 794.52 |
| Iodine | 25 C | 4927.28 |
| Ionene | 25 C | 932.27 |
| Isobutyl Alcohol | 20 C | 801.60 |
| Iso-Octane | 20 C | 691.90 |
| Isopropyl Alcohol | 20 C | 785.40 |
| Isopropyl Myristate | 20 C | 853.20 |
| Kerosene | 60 F | 817.15 |
| Linolenic Acid | 25 C | 898.64 |
| Linseed oil | 25 C | 929.07 |
| Methane | -164 C | 464.54 |
| Methanol | 20 C | 791.30 |
| Methyl Isoamyl Ketone | 20 C | 888.00 |
| Methyl Isobutyl Ketone | 20 C | 800.80 |
| Methyl n-Propyl Ketone | 20 C | 808.20 |
| Methyl t-Butyl Ether | 20 C | 740.50 |
| N-Methylpyrrolidone | 20 C | 1030.40 |
| Methyl Ethyl Ketone (MEK) | 20 C | 804.90 |
| MEK | 25 C | 802.52 |

Ads by Goooooogle

**Density Measurement**
The industry standard for on-line density measurement.
www.mobrey.com

**Liquid Filling Solutions**
Liquid & Pasty Filling Systems for Pails, Drums, IBC's & Totes
www.feigeusa.com

**Drum & Pail Liquid Filler**
High accuracy - net weight systems. Pail denesters, lidders & sealers.
DataScale.com

**Density Measurement**
Online realtime process measurement Brix, Plato Deg, Concentration, etc
www.smar.com/products/

Ads by Goooooogle

**Liquid Filling Machines**
Ideal for pharm/biotech filling: vials, bottles, or tubes: 50-400cpm
www.moperry.com

**Density Measurement**
Find Exactly What You Need - Contact Suppliers & Search Catalogs
www.globalspec.com

| Liquid | Temperature | Density |
|---|---|---|
| Milk | 15 C | 1020 - 1050 |
| Naphtha | 15 C | 664.77 |
| Naphtha, wood | 25 C | 959.51 |
| Napthalene | 25 C | 820.15 |
| Ocimene | 25 C | 797.72 |
| Octane | 15 C | 917.86 |
| Olive oil | 20 C | 800 - 920 |
| Oxygen (liquid) | -183 C | 1140 |
| Palmitic Acid | 25 C | 850.58 |
| Pentane | 20 C | 626.20 |
| Pentane | 25 C | 624.82 |
| Petroleum Ether | 20 C | 640.00 |
| Petrol, natural | 60 F | 711.22 |
| Petrol, Vehicle | 60 F | 737.22 |
| Phenol | 25 C | 1072.28 |
| Phosgene | 0 C | 1377.59 |
| Phytadiene | 25 C | 823.35 |
| Pinene | 25 C | 856.99 |
| Propane | -40 C | 583.07 |
| Propane, R-290 | 25 C | 493.53 |
| Propanol | 25 C | 804.13 |
| Propylene Carbonate | 20 C | 1200.60 |
| Propylene | 25 C | 514.35 |
| n-Propyl Alcohol | 20 C | 803.70 |
| Propylene glycol | 25 C | 965.27 |
| Pyridine | 25 C | 978.73 |
| Pyrrole | 25 C | 965.91 |
| Rape seed oil | 20 C | 920 |
| Resorcinol | 25 C | 1268.66 |
| Rosin oil | 15 C | 980 |
| Sabiname | 25 C | 812.14 |
| Sea water | 25 C | 1025.18 |
| Silane | 25 C | 717.63 |
| Sodium Hydroxide (caustic soda) | 15 C | 1250 |
| Sorbaldehyde | 25 C | 895.43 |
| Soya bean oil | 15 C | 924 - 928 |
| Stearic Acid | 25 C | 890.63 |
| Sulphuric Acid 95% conc. | 20 C | 1839 |
| Sugar solution 68 brix | 15 C | 1338 |
| Sunflower oil | 20 C | 920 |
| Styrene | 25 C | 903.44 |
| Terpinene | 25 C | 847.38 |
| Tetrahydrofuran | 20 C | 888.00 |

| Liquid | Temp | Density |
|---|---|---|
| Toluene | 20 C | 866.90 |
| Toluene | 25 C | 862.27 |
| Triethylamine | 20 C | 727.60 |
| Trifluoroacetic Acid | 20 C | 1489.00 |
| Turpentine | 25 C | 868.20 |
| Water, pure (more temperatures) | 4 C | 1000.00 |
| Water, sea | 77 F | 1021.98 |
| Whale oil | 15 C | 925 |
| o-Xylene | 20 C | 880.20 |

Go to a unit starting with -
a b c d e f g h i j k l m n o p q r s t u v w y

** Click here for Scientific, Technical and Medical Books **

last modified : 8th. October 2004

© 1998 - 2005 r walker