# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

entry 2316 hrs
left 0530 hrs

## CLAN LAB INVENTORY

T.P.O INV#  ▓▓▓▓▓▓

**DATE:** 10-20-04

**CASE #:**

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #:    1

**DESCRIPTION:** glass jar with brown liquid

**SIZE:** 72 oz
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** full
(full, empty, how many pieces)

**COLOR:** brown
(color of liquid, powder, bottle, substance)

**MARKINGS:** PULASKI ▓▓ Kielbasa
(labels, stickers, ink markings, factory names)

**NEW / USED / FACTORY SEALED:**

**LOCATED BY:** Albert Goldenberke
(Agent / Officer)

**WHERE:** TOP right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirn

**SAMPLE TAKEN:** YES: ✓ NO: __   **ITEM DESTROYED:** YES: ✓ NO: __  Jar ✓   liquid   **KEPT AS EVIDENCE:** YES: ✓ NO: __
E

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

TPO IN#

**CASE #:** ▬▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _2_

**DESCRIPTION:** _Glass jar with amber liquid_

**SIZE:** _32 oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _full_
(full, empty, how many pieces)

**COLOR:** _amber liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _none_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _used_

**LOCATED BY:** _Deane_
(Agent / Officer)

**WHERE:** _top right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

_Jar_                                                    _liquid_

**SAMPLE TAKEN:** YES: ✓ NO: ___   **ITEM DESTROYED:** YES: ✓ NO: ___   **KEPT AS EVIDENCE:** YES: ✓ NO: ___

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

T.P.O INC#

**DATE:** 10-20-04

**CASE #:** ▓▓▓▓▓▓▓

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 3

**DESCRIPTION:** glass jar (w) brown liquid bi-level

**SIZE:** 32 oz
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 1/2 full
(full, empty, how many pieces)

**COLOR:** brown liquid
(color of liquid, powder, bottle, substance)

**MARKINGS:** BALL
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** used

**LOCATED BY:** Devin
(Agent / Officer)

**WHERE:** top right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: ✓ NO: __  **ITEM DESTROYED:** YES: Jar ✓ NO: __  **KEPT AS EVIDENCE:** YES: liquid ✓ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

*TPO INC#*

**DATE:** 10-20-04

**CASE #:** ▮▮▮▮▮▮

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 4

**DESCRIPTION:** glass jar (w) bi-level liquid (amber colored)

**SIZE:** 12 OZ
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** full
(full, empty, how many pieces)

**COLOR:** amber
(color of liquid, powder, bottle, substance)

**MARKINGS:** All natural
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** USED

**LOCATED BY:** Devine
(Agent / Officer)

**WHERE:** top right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: ✓ NO: __    **ITEM DESTROYED:** YES: jar NO: __ ✓    **KEPT AS EVIDENCE:** YES: liquid ✓ NO: __

# Pennsylvania Office of Attorney General
## Bureau of Narcotics Investigation
## and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

T.P.O INC#

**CASE #:** ▮▮▮▮▮▮

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _5_

**DESCRIPTION:** _Glass jar (w) ½-level liquid (amber-over brown)_

**SIZE:** _32 oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _full_
(full, empty, how many pieces)

**COLOR:** _Amber ½ over brown ½_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _none_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _used_

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _top right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: ✓ NO: __  **ITEM DESTROYED:** YES: ✓ NO: __  **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. INC#_ ▄▄▄▄▄▄▄

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _6_

**DESCRIPTION:** _glass mug (w) yellowish liquid_

**SIZE:** _12 oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _3/4 full_
(full, empty, how many pieces)

**COLOR:** _Yellowish liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Blackburn Raspberry Preserves_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _top upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schurg_

**SAMPLE TAKEN:** YES: _✓_ NO: ___  **ITEM DESTROYED:** YES: _✓_ NO: ___  **KEPT AS EVIDENCE:** YES: ___ NO: _✓_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O INC# ▬▬▬_

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _7_

**DESCRIPTION:** _glass jar with orange liquid_

**SIZE:** _10 oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _75 % full_
(full, empty, how many pieces)

**COLOR:** _orange liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirre_

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: __ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O INV#_ ███████

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _8_

**DESCRIPTION:** _glass jar (w) brown liquid_

**SIZE:** _16 oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _5 oz_
(full, empty, how many pieces)

**COLOR:** _brown liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Golden Harvest_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Deine_
(Agent / Officer)

**WHERE:** _Upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schira_

**SAMPLE TAKEN:** YES: _✓_ NO: _  **ITEM DESTROYED:** YES: _✓_ NO: _  **KEPT AS EVIDENCE:** YES: _ NO: _✓_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** T.P.O. INV #  ~~████~~

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 9

**DESCRIPTION:** Container of Red Devil Lye
wet white crystal

**SIZE:** 16 OZ
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 1/2 full
(full, empty, how many pieces)

**COLOR:** white crystal
(color of liquid, powder, bottle, substance)

**MARKINGS:** (labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** Used

**LOCATED BY:** Devine
(Agent / Officer)

**WHERE:** Upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:**YES: ✓ NO: __ **ITEM DESTROYED:**YES: ✓ NO: __ **KEPT AS EVIDENCE:**YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** T.P.O INC#

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 10

**DESCRIPTION:** 500 ml glass flask (w) stopper
clear liquid

**SIZE:** 500 ml
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 1 ml
(full, empty, how many pieces)

**COLOR:** clear
(color of liquid, powder, bottle, substance)

**MARKINGS:** PYREX
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** used

**LOCATED BY:** Devine
(Agent / Officer)

**WHERE:** upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schurg

**SAMPLE TAKEN:** YES: ✓ NO: ___  **ITEM DESTROYED:** YES: ___ NO: ___  **KEPT AS EVIDENCE:** YES: ___ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** T.P.O INC#

**LAB SITE:** _1501 MEADVILLE RD._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _11_

**DESCRIPTION:** _1 metal container @ brown liquid_

**SIZE:** _32oz_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _full_
(full, empty, how many pieces)

**COLOR:** _brown liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _NONE_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _used_

**LOCATED BY:** _Donna_
(Agent / Officer)

**WHERE:** _upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: _ NO: _   **ITEM DESTROYED:** YES: _ NO: _   **KEPT AS EVIDENCE:** YES: _ NO: _

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. INV.#_ ██████████

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _12_

**DESCRIPTION:** _1 can Acetone_

_____

_____

_____

**SIZE:** _32 OZ_
(length, weight, gallons, ounces, milliliters, grams etc….)

**AMOUNT:** _100%_
(full, empty, how many pieces)

**COLOR:** _Clear liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _Upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:**YES: ✓ NO: __  **ITEM DESTROYED:**YES: __ /NO: __  **KEPT AS EVIDENCE:**YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.D. INC#_ ▓▓▓▓

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _13_

**DESCRIPTION:** _3 cans of Acetone_
_(1) full new_         _DESTROYED  NO SAMPLE_
_(1) 3/4 full brown liquid - SAMPLE_
_(1) empty_            _Destroyed_

**SIZE:** _1 gallon each_   _clear liquid_
(length, weight, gallons, ounces, milliliters, grams, etc.)

**AMOUNT:** _1 - full   1 - 3/4   1 - empty_
(full, empty, how many pieces)

**COLOR:** _Clear liquid_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Klean Strip_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Golenberke_
                        (Agent / Officer)

**WHERE:** _upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: ✓  NO: __   **ITEM DESTROYED:** YES: ✓  NO: __   **KEPT AS EVIDENCE:** YES: __  NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** _T.P.O INC#_ ▬▬▬▬

**LAB SITE:** 1501 MEADVILLE Rd. PLUM TWP. VENANGO CO.

## EXHIBIT #: 14

**DESCRIPTION:** Carton of EPSON SALT

**SIZE:** 1/2 gallon (4 Pounds)
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 1/2
(full, empty, how many pieces)

**COLOR:** white crystal
(color of liquid, powder, bottle, substance)

**MARKINGS:** CVZ (factory names)
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** USED

**LOCATED BY:** Golenberke
(Agent / Officer)

**WHERE:** upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: ✓ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** ~~T.P.O IN CH~~

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 15

**DESCRIPTION:** 1 can ACETONE

**SIZE:** 1 gallon
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 30%
(full, empty, how many pieces)

**COLOR:** brown liquid
(color of liquid, powder, bottle, substance)

**MARKINGS:** E-Z HIGH SOLVENCY ACETONE
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** used

**LOCATED BY:** Colenberke
(Agent / Officer)

**WHERE:** upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: ✓ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

T.P.O. INV#
▬▬▬▬▬▬▬

**CASE #:** _____

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #:  16

**DESCRIPTION:** 2 grocery bags with matchbooks
_____
_____
_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc….)

**AMOUNT:** _Numerous_
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Diamond_
(labels, stickers, ink markings, (factory names))

**NEW / USED/ FACTORY SEALED:** _New_

**LOCATED BY:** _Golembske_

(Agent / Officer)

**WHERE:** _Upstairs left rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: ✓ NO: _ **ITEM DESTROYED:** YES: _ ✓NO: _ **KEPT AS EVIDENCE:** YES: _ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

T.P.O. INC#

**DATE:** 10-20-04

**CASE #:** ▮▮▮▮▮▮

**LAB SITE:** 1501 MEADVILLE RD.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 17

**DESCRIPTION:** 2 Cans B: charcoal lighter fluid

**SIZE:** 32 oz
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** Empty
(full, empty, how many pieces)

**COLOR:**
(color of liquid, powder, bottle, substance)

**MARKINGS:** TOP Crest
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** Used

**LOCATED BY:** Golenberke
(Agent / Officer)

**WHERE:** top right upstairs rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schurg

**SAMPLE TAKEN:**YES: __ NO: / **ITEM DESTROYED:**YES: __ NO: __ **KEPT AS EVIDENCE:**YES: __ NO: /

# Pennsylvania Office of Attorney General
## Bureau of Narcotics Investigation
## and Drug Control

### CLAN LAB INVENTORY

_T.P.O INC#_

**DATE:** _10-20-04_

**CASE #:** ▆▆▆▆▆▆

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

### EXHIBIT #: _19_

**DESCRIPTION:** _Reflex Glassware_

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _Clear_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _None_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Golenberke_
(Agent / Officer)

**WHERE:** _Upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirg_

**SAMPLE TAKEN:**YES:__ NO:_✓_ **ITEM DESTROYED:**YES:_✓_NO:__ **KEPT AS EVIDENCE:**YES:__ NO:_✓_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** T.P.O. INCH [redacted]

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 19

**DESCRIPTION:** Blue tote with the
following items #20 THRU #26

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** Goldenberke
(Agent / Officer)

**WHERE:** upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schurr

**SAMPLE TAKEN:** YES: __ NO: ✓  **ITEM DESTROYED:** YES: ✓ NO: __  **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** T.P.O INC#

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 20

**DESCRIPTION:** Plastic Kingsford Charcoal lighter fluid Container (w) red Substance + clear liquid

**SIZE:** 64 oz
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** 30 W
(full, empty, how many pieces)

**COLOR:** clear liquid - red substance
(color of liquid, powder, bottle, substance)

**MARKINGS:** Kingsford Charcoal lighter fluid
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** Used

**LOCATED BY:** Bolenberke
(Agent / Officer)

**WHERE:** Upstairs right rear bedroom in #19
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schurra

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: ✓ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O INC#_ ▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _21_

**DESCRIPTION:** _Erlmyer flask ① tubing ② residue contains tin foil_

**SIZE:** _500 ml_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:**
(full, empty, how many pieces)

**COLOR:**
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Kimax_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Ux_

**LOCATED BY:** _Golenberk_
(Agent / Officer)

**WHERE:** _In # 19_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Delurry_

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: ✓ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** *10-20-04*

**CASE #:** *T.P.O. INC#*

**LAB SITE:** *1501 MEADVILLE Rd.*
*PLUM TWP. VENANGO CO.*

## EXHIBIT #: *22*

**DESCRIPTION:** *Paper towels*
*Coffee filters*

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** *New*

**LOCATED BY:** *Goldenberg*
(Agent / Officer)

**WHERE:** *in #19*
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** *Schirra*

**SAMPLE TAKEN:** YES: __ NO: __   **ITEM DESTROYED:** YES: __ NO: __   **KEPT AS EVIDENCE:** YES: __ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _TRO INC# [redacted]_

**LAB SITE:** _1501 MEADVILLE Rd._ _PLUM TWP. VENANGO Co_

## EXHIBIT #: _23_

**DESCRIPTION:** _coffee filter (w) brown substance_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _brown_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Golen berce_
(Agent / Officer)

**WHERE:** _in #19_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Shnrs_

**SAMPLE TAKEN:** YES: _✓_ NO: __ **ITEM DESTROYED:** YES: __ NO: _✓_ **KEPT AS EVIDENCE:** YES: _✓_ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

T.P.D INV#

**DATE:** _10-20-04_

**CASE #:** ▬▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _24_

**DESCRIPTION:**
a. _1 Can Red Devil LYE  18 oz_
b. _1 Can S-L-X Denatured Alcohol  32 oz_
c. _1 Can Lighter Butane Gas  300 ml_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _a. 1/2_    _b. empty_    _c. empty_
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Goldenberg_
(Agent / Officer)

**WHERE:** _in #19_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: __ NO: _/_  **ITEM DESTROYED:** YES: _/_ NO: __  **KEPT AS EVIDENCE:** YES: __ NO: _/_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** *10-20-04*

CASE #: *T.P.O Inc#* ▓▓▓▓▓▓

LAB SITE: *1501 MEADVILLE Rd.*
*PLUM TWP. VENANGO CO.*

## EXHIBIT #: *25*

**DESCRIPTION:** *1 glass jar @ red residue*

**SIZE:** *32 oz*
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** *residue*
(full, empty, how many pieces)

**COLOR:** *red*
(color of liquid, powder, bottle, substance)

**MARKINGS:** *None*
(labels, stickers, ink markings, factory names)

**NEW / USED / FACTORY SEALED:** *used*

**LOCATED BY:** *Goldenberge*
(Agent / Officer)

**WHERE:** *in #19*
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** *Schirra*

*SAMPLE TAKEN:*YES: ✓ NO: __ *ITEM DESTROYED:*YES: __ NO: ✓ *KEPT AS EVIDENCE:*YES: ✓ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

_T.P.O INC#_

**DATE:** _10-20-04_

**CASE #:** ▓▓▓▓▓▓▓

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _24_

**DESCRIPTION:** _Various glassware_
_funnels_
_Baking pan (w) re residue_
_gravy spoon - toothbrush, label_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Goldenberg_
(Agent / Officer)

**WHERE:** _In #19_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schurra_

**SAMPLE TAKEN:** YES: __ NO: ✓  **ITEM DESTROYED:** YES: ✓ NO: __  **KEPT AS EVIDENCE:** YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O INC#_ █████

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _27_

**DESCRIPTION:** _Metal container (w) 29 green Capsuls_

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _29_
(full, empty, how many pieces)

**COLOR:** _green_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Golenherke_
(Agent / Officer)

**WHERE:** _upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schwra_

**SAMPLE TAKEN:** YES: ✓ NO: ___  **ITEM DESTROYED:** YES: ___ NO: ✓  **KEPT AS EVIDENCE:** YES: ✓ NO: ___

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

_T.P.O INC#_

**DATE:** _10-20-04_

**CASE #:** ▆▆▆▆▆▆▆

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _28_

**DESCRIPTION:** _pan (w) tan Powder_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _tan powder_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Goldberg_
(Agent / Officer)

**WHERE:** _Upstairs right rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schins_

**SAMPLE TAKEN:** YES: _✓_ NO: __  **ITEM DESTROYED:** YES: _/_ NO: __  **KEPT AS EVIDENCE:** YES: __ NO: _/_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

_T.P.O. INCH_

**DATE:** _10-20-04_

**CASE #:** ▉▉▉▉▉▉

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _29_

**DESCRIPTION:** _2 coffee filters w/ tan_
_residue_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _tan powder_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Trooper N #186    Golenberke_
(Agent / Officer)

**WHERE:** _found in #28_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _SMrvs_

**SAMPLE TAKEN:** YES: _✓_ NO: _  **ITEM DESTROYED:** YES: __ NO: _  **KEPT AS EVIDENCE:** YES: __ NO: _

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** TPO INC#

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 30

**DESCRIPTION:** glass jar 32oz
glass plate
flask
tubing — small jar

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc.…)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** Golewerku
(Agent / Officer)

**WHERE:** Upstairs right rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: __ NO: /   **ITEM DESTROYED:** YES: / NO: __   **KEPT AS EVIDENCE:** YES: __ NO: /

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

*T.P.O INC#*

**DATE:** *10-20-04*

**CASE #:** ▬▬▬▬▬

**LAB SITE:** *1501 MEADVILLE Rd.*
*PLUM TWP. VENANGO CO.*

## EXHIBIT #: *31*

**DESCRIPTION:** *Propane torch*

**SIZE:** *1 Paint Can*
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** *20 % full*
(full, empty, how many pieces)

**COLOR:** *Yellow container*
(color of liquid, powder, bottle, substance)

**MARKINGS:** *MAGNA*
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:**

**LOCATED BY:** *Golembeski*
(Agent / Officer)

**WHERE:** *upstairs right rear bedroom*
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** *Schurr*

*SAMPLE TAKEN:* YES: __ NO: _/_  *ITEM DESTROYED:* YES: __ NO: __  *KEPT AS EVIDENCE:* YES: __ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

DATE: _10-20-04_

CASE #: ~~T.P.O INC#~~ ▓▓▓▓▓▓▓

LAB SITE: _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _32_

DESCRIPTION: _hose, tubing, Kitty litter_

SIZE: _____
(length, weight, gallons, ounces, milliliters, grams etc....)

AMOUNT: _____
(full, empty, how many pieces)

COLOR: _Green hose, brown tubing_
(color of liquid, powder, bottle, substance)

MARKINGS: _HANT 2 Kitty Litter_
(labels, stickers, ink markings, factory names)

NEW / USED/ FACTORY SEALED: _____

LOCATED BY: _Goldenberk_
(Agent / Officer)

WHERE: _Upstairs right rear bedroom_
(room, residence, garage, vehicle)

PERSON MAKING INVENTORY: _Schirra_

SAMPLE TAKEN: YES: ✓ NO: __  ITEM DESTROYED: YES: ✓ NO: __  KEPT AS EVIDENCE: YES: __ NO: ✓

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. INC.H_ ▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _33_

**DESCRIPTION:** _plastic bag (w) clear tubing_
_2 cans of Butane Gas 300 ml (lighter)_
_2 pair Scissors_
_matchbook covers (numerous)    4 glass pipes_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _left upstairs rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:**YES _Pipe_✓  NO: ✓  **ITEM DESTROYED:**YES: ✓  NO: __  **KEPT AS EVIDENCE:**YES: __  NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O INC#_ ████████

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _34_

**DESCRIPTION:** _OHAUS Triple Beam Scale_

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _Used_

**LOCATED BY:** _Golembeski_
(Agent / Officer)

**WHERE:** _upstairs left rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schwab_

**SAMPLE TAKEN:** YES:___ NO:_✓_  **ITEM DESTROYED:** YES:___ NO:___  **KEPT AS EVIDENCE:** YES:___ NO:_✓_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** T.P.O Inc#  _____

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _35_

**DESCRIPTION:** Numerous pieces of Indicts

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** Goldenberger
(Agent / Officer)

**WHERE:** upstairs left rear bedroom
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Shinn

_SAMPLE TAKEN:_YES: ✓ NO: __  _ITEM DESTROYED:_YES: ✓ NO: ✓ _KEPT AS EVIDENCE:_YES: ✓ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _TRO INCH_

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _36_

**DESCRIPTION:** _Bruks SAFE 5059 SAFE_
_Containing Items #37 thru #46_

**SIZE:** _18 x 18_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _Grey_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _Upstairs left rear bedroom_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schvrz_

**SAMPLE TAKEN:** YES: __ NO: _/_ **ITEM DESTROYED:** YES: _/_ NO: __ **KEPT AS EVIDENCE:** YES: __ NO: _/_

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

_T.P.O INV.#_

**DATE:** _10-20-04_

**CASE #:** ▬▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _37_

**DESCRIPTION:** _Small baggie Marihuana_

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Devitt_
(Agent / Officer)

**WHERE:** _in # 36_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

_SAMPLE TAKEN:_YES: _/_ NO: __  _ITEM DESTROYED:_YES: __ NO: _/_  _KEPT AS EVIDENCE:_YES: _/_ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. INVEST_ ▓▓▓▓▓▓

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _38_

**DESCRIPTION:** _plastic bag @ red powder_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _red powder_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Deihe_
(Agent / Officer)

**WHERE:** _in #36_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Silva_

_SAMPLE TAKEN:_YES: _✓_ NO: __  _ITEM DESTROYED:_YES: __ NO: __  _KEPT AS EVIDENCE:_YES: __ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

T.P.O. INC#

**CASE #:** _____

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 39

**DESCRIPTION:** Baggie of Stained Coffee filters
_____
_____
_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** Numerous _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** Devine _____
(Agent / Officer)

**WHERE:** In #36 _____
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schira _____

**SAMPLE TAKEN:**YES: ✓ NO: ___  **ITEM DESTROYED:**YES: ___ NO: ✓  **KEPT A EVIDENCE:**YES: ✓ NO: ___

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

T.P.O. INC#

**CASE #:** ████████

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _40_

**DESCRIPTION:** _Baggie numeras red & white tablets_

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _red & white_
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Devин_
(Agent / Officer)

**WHERE:** _In # 36_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schrom_

**SAMPLE TAKEN:** YES: _ /NO: _  **ITEM DESTROYED:** YES: _ NO: _✓_ **KEPT AS EVIDENCE:** YES: _✓_ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** 10-20-04

**CASE #:** T.P.O INC#  ▓▓▓▓▓▓▓

**LAB SITE:** 1501 MEADVILLE Rd.
PLUM TWP. VENANGO CO.

## EXHIBIT #: 41

**DESCRIPTION:** Numeras Documents

_____

_____

_____

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** Devine
(Agent / Officer)

**WHERE:** In # 36
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** Schirra

**SAMPLE TAKEN:** YES: / NO: __  **ITEM DESTROYED:** YES: __ NO: /  **KEPT AS EVIDENCE:** YES: / NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

DATE: _10-20-04_

CASE #: _TPO INCH_ ████████

LAB SITE: _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _42_

DESCRIPTION: _plastic container w/ Grey crystal_
_substance_

SIZE: _____
(length, weight, gallons, ounces, milliliters, grams etc....)

AMOUNT: _appry 80 grms_
(full, empty, how many pieces)

COLOR: _Grey crystal substance_
(color of liquid, powder, bottle, substance)

MARKINGS: _____
(labels, stickers, ink markings, factory names)

NEW / USED/ FACTORY SEALED: _____

LOCATED BY: _Devin_
(Agent / Officer)

WHERE: _in #36_
(room, residence, garage, vehicle)

PERSON MAKING INVENTORY: _Selvir_

SAMPLE TAKEN: YES: ✓ NO: ___ ITEM DESTROYED: YES: ___ NO: ✓ KEPT AS EVIDENCE: YES: ✓ NO: ___

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. INC#_ ▬▬▬▬

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _43_

**DESCRIPTION:** _baggie of Marihuna_

**SIZE:** _____
(length, weight, gallons, ounces, milliliters, grams etc.…)

**AMOUNT:** _approx. 4 grams_
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _____
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _____

**LOCATED BY:** _Devine_
(Agent / Officer)

**WHERE:** _in #34_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schry/B_

*SAMPLE TAKEN:*YES: ✓ NO: __ *ITEM DESTROYED:*YES: __ NO: ✓ *KEPT AS EVIDENCE:*YES: ✓ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

**DATE:** _10-20-04_

**CASE #:** _T.P.O. Inc#_ _▮▮▮▮▮▮_

**LAB SITE:** _1501 MEADVILLE Rd._
_PLUM TWP. VENANGO CO._

## EXHIBIT #: _44_

**DESCRIPTION:** _Fentanol Patch_

**SIZE:** _2.5 mg_
(length, weight, gallons, ounces, milliliters, grams etc....)

**AMOUNT:** _____
(full, empty, how many pieces)

**COLOR:** _____
(color of liquid, powder, bottle, substance)

**MARKINGS:** _Janssen_
(labels, stickers, ink markings, factory names)

**NEW / USED/ FACTORY SEALED:** _NEW_

**LOCATED BY:** _Devins_
(Agent / Officer)

**WHERE:** _in A 36_
(room, residence, garage, vehicle)

**PERSON MAKING INVENTORY:** _Schirra_

**SAMPLE TAKEN:** YES: ✓ NO: __ **ITEM DESTROYED:** YES: __ NO: ✓ **KEPT AS EVIDENCE:** YES: ✓ NO: __

# Pennsylvania Office of Attorney General
# Bureau of Narcotics Investigation
# and Drug Control

## CLAN LAB INVENTORY

DATE: _10-20-04_

CASE #: T.P.O INC#

LAB SITE: _1501 MEADVILLE Rd._ _PLUM TWP. VENANGO CO._

## EXHIBIT #: _45_

DESCRIPTION: _effect, numerous Red tablets_

SIZE: _____
(length, weight, gallons, ounces, milliliters, grams etc....)

AMOUNT: _____
(full, empty, how many pieces)

COLOR: _Red_
(color of liquid, powder, bottle, substance)

MARKINGS: _____
(labels, stickers, ink markings, factory names)

NEW / USED/ FACTORY SEALED: _____

LOCATED BY: _Devine_
(Agent / Officer)

WHERE: _In Safe_
(room, residence, garage, vehicle)

PERSON MAKING INVENTORY: _Eckenberle_

_SAMPLE TAKEN:_YES: __ NO: __ _ITEM DESTROYED:_YES: __ NO: __ _KEPT AS EVIDENCE:_YES: __ NO: __