

# PENNSYLVANIA STATE POLICE
## BUREAU OF FORENSIC SERVICES

### Erie Regional Laboratory
4310 Iroquois Avenue
Erie, PA 16511-2196



*An ASCLD/LAB Accredited Laboratory*
*(Since March 7, 2002)*

## Drug Identification

|  |  |
|---|---|
| LAB REPORT | E04-03575-1 |
| REPORT DATE: | November 05, 2004 |

| | | |
|---|---|---|
| CASE: | DRUG DEVICE AND COSMETIC ACT | INCIDENT NO.: |
| SUBJECT: | Commonwealth of Pennsylvania (Victim) | |
| | Woods, Lynda L. (Suspect) | |
| | Spangler, Jesse (Suspect) | |
| PLACE: | Plum Township, Venango County, Pennsylvania | |
| DATE: | October 20, 2004 | |
| FROM: | Office of Attorney General [Erie] | |
| SUBMISSION: | Item 1 was submitted by John A. Kelton of Erie Regional Laboratory on October 21, 2004. | |

ITEMS:

| | |
|---|---|
| 1. | **One (1) sealed box** |
| 1.1 | Large amount of orange colored liquid with red substance on the bottom. |
| 1.2 | Amber and red colored bilayer liquid. |
| 1.3 | Large amount of a dark orange liquid. |
| 1.4 | Large amount of a clear bilayer liquid. |
| 1.5 | Orange colored liquid containing a red substance. |
| 1.6 | Clear amber colored liquid. |
| 1.7 | Pink and orange colored bilayer liquid. |
| 1.8 | Large amount of clear liquid. |
| 1.9 | One (1) sample of a thick clear liquid. |
| 1.10 | One (1) sample of a yellow liquid. |
| 1.11 | Large amount of a brown liquid. |
| 1.12 | One (1) sample of a clear liquid. |
| 1.13 | Orange bilayer liquid. |
| 1.14 | One (1) sample of a white crystal substance. |
| 1.15 | One (1) sample of a brown liquid. |
| 1.16 | One (1) sample of matchbook covers. |
| 1.20 | Clear amber colored bilayer liquid. |
| 1.21 | One (1) sample of plastic tubing with a rubber stopper, containing residue. |
| 1.23 | Two (2) coffee filters containing a dark grey substance. |
| 1.25 | One (1) glass jar containing a red colored residue. |
| 1.27 | Twenty-eight (28) green and white capsules marked MYLAN 2020. |
| 1.28 | One (1) sample of a sand-like substance. |
| 1.29 | Two (2) coffee filters containing a tan colored substance. |
| 1.32 | One (1) piece of red stained plastic tubing. |
| 1.33 | Four (4) glass pipes containing residue. |
| 1.37 | One (1) plastic bag containing plant material. |
| 1.38 | One (1) plastic bag containing a red colored substance. |
| 1.39 | Numerous dark-red stained coffee filters. |

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES
Erie Regional Laboratory

LAB REPORT    L04-03575-1
REPORT DATE:  November 05, 2004
INCIDENT NO.:

1.40    One (1) plastic bag containing the following tablets:
      Three hundred and eighty-nine (389) red tablets marked L432.
      Five hundred and twenty-five (525) red tablets marked SU.
      Ninety-three (93) white tablets marked L434.
      Two hundred and sixty-six (266) white tablets marked 257.
      Forty-two (42) white tablets marked ACTIFED M2A.

1.42    One (1) medicine bottle containing a grey crystal substance.

1.43    One (1) plastic bag containing plant material.

1.44    One (1) Duragesic Fentanyl patch.

1.45    Thirty-one (31) white tablets marked EP 225.

1.46    One (1) medicine bottle containing five (5) coffee filters with residue and ten (10) empty capsules marked ETHEX 041.

CONCLUSIONS:

1   The liquid in item #1.1 contained methamphetamine (Schedule II) and iodine, a key element used during the clandestine manufacture of methamphetamine.

2   The top layer of the liquid in item #1.2 was identified as naphtha, an organic solvent commonly used during the clandestine manufacture of methamphetamine. The bottom layer of the liquid in item #1.2 contained methamphetamine (Schedule II) and hydrochloric acid, a strong acid commonly used during the clandestine manufacture of methamphetamine.

3   The liquid in item #1.3 contained methamphetamine (Schedule II).

4   The top layer of the liquid in item #1.4 contained methamphetamine (Schedule II) and naphtha, an organic solvent commonly used during the clandestine manufacture of methamphetamine. The bottom layer of the liquid in item #1.4 was found to be strongly alkaline which is necessary when extracting methamphetamine with an organic solvent. Using a gravimetric determination the finished amount of methamphetamine from the liquid in item #1.4 was three and seven tenths (3.7) grams.

5   The liquid in items #1.5, 1.7 and #1.20 contained methamphetamine (Schedule II) and naphtha, an organic solvent commonly used during the clandestine manufacture of methamphetamine.

6   The liquid in item #1.6 contained methamphetamine (Schedule II) and naphtha, an organic solvent commonly used during the clandestine manufacture of methamphetamine. Based on a gravimetric determination fifty-seven hundredths (0.57) of a gram of methamphetamine could have been acquired from the liquid in item #1.6.

7   No controlled substance was identified in items #1.8, 1.11 and #1.28.

8   The thick liquid in item #1.9 contained sodium hydroxide, a powerful alkaline substance commonly used during the clandestine manufacture of methamphetamine.

9   The yellow liquid in item #1.10 contained hydrochloric acid, a strong acid commonly used during the clandestine manufacture of methamphetamine.

10   The liquid in item #1.12 and #1.15 was identified as acetone, an organic solvent commonly used during the clandestine manufacture of methamphetamine.

11   The liquid in item #1.13 contained methamphetamine (Schedule II).

12   The white crystal substance in item #1.14 was identified as magnesium sulfate, commonly used during the clandestine manufacture of methamphetamine.

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES

Erie Regional Laboratory

LAB REPORT       E04-03575-1

REPORT DATE: November 05, 2004

INCIDENT NO.:

13    The matchbook covers in item #1.16 are a common source of red phosphorous, a key element used during the clandestine manufacture of methamphetamine.

14    The residue in items #1.21 and #1.33 contained methamphetamine (Schedule II).

15    The dark substance in item #1.23 contained the following individual components:
Methamphetamine (Schedule II).
Iodine- A key element used in the clandestine manufacture of methamphetamine.
Red Phosphorous- A key element used in the clandestine manufacture of methamphetamine,

16    The residue in item #1.25 contained the following individual components:
Methamphetamine (Schedule II).
Iodine- A key element used in the clandestine manufacture of methamphetamine.
Red Phosphorous- A key element used in the clandestine manufacture of methamphetamine.
Hydriodic acid- A strong acid formed by the addition of iodine and red phosphorous. Hydriodic acid is used to reduce pseudoephedrine to methamphetamine.

17    The capsules in item #1.27 were identified by their markings as containing piroxicam (Prescription).

18    The tan substance in item #1.29 weighed one (1.0) gram and was identified as red phosphorous, a key element used to clandestinely manufacture methamphetamine.

19    The tubing in item #1.32 contained iodine, a key element used during the clandestine manufacture of methamphetamine.

20    The plant material in item #1.37 weighed three and seven tenths (3.7) grams and contained marihuana (Schedule I).

21    The red substance in item #1.38 contained pseudoephedrine, the base precursor used to clandestinely manufacture methamphetamine,

22    The coffee filters in item #1.39 contained iodine, a key element used during the clandestine manufacture of methamphetamine.

23    The tablets listed in item #1.40 contained pseudoephedrine, the base precursor used in the clandestine manufacture of methamphetamine. The total weight of pseudoephedrine obtainable from the tablets in item #1.40 is fifty-one and four tenths (51.4) grams.

24    The grey substance in item #1.42 weighed one hundred and forty-five (145) grams and was identified as crystal iodine, a key element used in the clandestine manufacture of methamphetamine.

25    The plant material in item #1.43 weighed four (4.0) grams and contained marihuana (Schedule I).

26    The patch in item #1.44 contained fentanyl (Schedule II).

27    The tablets in item #1.45 contained ephedrine, the base precursor used in the clandestine manufacture of methamphetamine. The total weight of ephedrine obtainable from the tablets in item #1.45 is seventy-seven hundredths (0.77) of a gram.

28    The residue in item #1.46 contained methamphetamine (Schedule II).

Discussion:

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSIC SERVICES

Erie Regional Laboratory

LAB REPORT    E04-03575-1

REPORT DATE:  November 05, 2004

INCIDENT NO.:

The illegal or clandestine manufacture of methamphetamine is commonly accomplished using one of two methods. Both of these methods use a base precursor of ephedrine and or pseudoephedrine. The most common method seen in Western Pennsylvania is the "Red P" method.

The "Red P" method begins with crushing or grinding tablets containing ephedrine or pseudoephedrine. The result of the grinding process is then added to water or an organic solvent and filtered, separating the ephedrine and or pseudoephedrine from the tablet binders. The ephedrine and or pseudoephedrine solution is then reduced to methamphetamine using a strong acidic mixture of red phosphorous and iodine, while gently heating. When the reduction is complete the solution is filtered, recovering the red phosphorus. The solution containing the methamphetamine is then made basic using an alkaline substance. The methamphetamine is then collected as an oily liquid floating at the top of the solution using an organic solvent. To complete this method an acidic vapor is passed through the oily liquid via a tube or hose and the product is complete as methamphetamine crystal.

The items which were analyzed contained key elements used in the clandestine manufacture of methamphetamine and the controlled substance methamphetamine. It is my opinion that the suspect was clandestinely manufacturing methamphetamine.


**PLEASE ARRANGE FOR THE DISPOSITION OF THE REMAINING EVIDENCE WITHIN THIRTY (30) DAYS.**


slims

COPIES:    Supervisor In Charge
           Robert Golenberke

John A. Kelton

Forensic Scientist 2

Erie Regional Laboratory

# Clandestine Lab Evidence Analysis Data Sheet

| Report # | E04-03575-1 | Investigator | Rob Golenberke | Agency | Attorney Generals Office |
|---|---|---|---|---|---|
| Incident # | | Suspect (s) | Lynda Woods/ Jesse Spangler | Lab Type | Red phosphorous- methamphetamine |
| Raid date | 10/20/2004 | Location | Plum Twsp, Venango Co | CLRT | Coyle, Kelton |

| Item # | Description | pH value | FTIR | GC/MS | Color test | Comments and results |
|---|---|---|---|---|---|---|
| 1.1 | Orange liquid and red colored sludge | Basic | Hexane | MeOH | | 4283g Iodine/ Methamphetamine |
| | | | | Iodine | Purple gas w/heat | |
| 1.2 | Clear amber liquid w/ small amount of red liquid (Top) | Neutral | Liquid | | | 957g Naphtha |
| | (Bottom) | Acidic | Basic | | AgNO3-white ppt | Hydrochloric acid/ methamphetamine |
| 1.3 | red orange liquid | Basic | Hexane | | | 530g Methamphetamine |
| 1.4 | Bilayer liquid (Top) | Neutral | Liquid | | Marquis-positive | 233.4g methamphetamine/ naphtha |
| | (Bottom) | Basic | | | | 85.10g (Potential 3.73g finished meth) |
| 1.5 | Orange liquid w/ red substance | Basic | Liquid | | Marquis-positive | 21.30g Total. Naphtha |
| | | Basic | | | | methamphetamine (Potential of 0.05g) |
| 1.6 | Clear amber liquid | Basic | Liquid | | | 26.31g Naptha/ methamphetamine |
| 1.7 | Pink/ orange bilayer liquid (Top) | Neutral | Basic | | Marquis-positive | Potential of 0.57g finished methamphetamine |
| | (Bottom) | Slt acidic | Basic | | | 23.56g Naphtha |
| 1.8 | Clear liquid w/ red substance on bottom | Slt acidic | APM | | APM-negative | 11.55g Methamphetamine |
| 1.9 | Clear thick liquid | Basic | Salt | | | H2O |
| 1.10 | Yellow liquid | Acidic | Salt | | | Sodium hydroxide (NaCl identified) |
| 1.11 | Brown liquid in metal can | | | | | Hydrochloric (ammonium chloride identified) |
| 1.12 | Clear liquid | Neutral | Liquid | | | 784 g NCSD |
| 1.13 | Bilayer liquid orange and clear | Basic | Basic | | | Acetone |
| 1.14 | White crystal substance | | Straight | | | (small top layer) methamphetamine |
| 1.15 | Brown liquid | Neutral | Liquid | | | Magnesium sulfate |
| 1.16 | Matchbook covers - no matches | | | | | Acetone |
| 1.20 | Amber bilayer liquid (Top) | Neutral | Liquid | | | No analysis required- Red P source |
| | (Bottom) | Acidic | | | | Naphtha |
| 1.21 | Plastic tubing, stopper w/ residue | Basic | Basic | | Marquis-orange (pos) | Methamphetamine |
| 1.23 | 2-coffee filters w/ dark substance | Neutral | Basic | Iodine | | Methamphetamine |
| 1.25 | 1-glass jar w/ orange red residue | | APM | | Purple in CHCl3 | 11.05g Methamphetamine/ iodine |
| | | Acidic | Basic | Iodine | APM-yellow | Red phosphorous (main component) |
| 1.27 | 28-Green capsules marked MYLAN 2020 | | APM | | AgNO3-yellow ppt | Hydriodic acid/ methamphetamine/ iodine |
| | | | | | APM-yellow ppt | Red phosphorous |
| 1.28 | Brown sandy substance | | | | | Drug ID Bible- Piroxicam (RX) |
| 1.29 | 2-coffee filters w/ tan substance | | | | | NCSD |
| 1.32 | 1-piece of tubing w/ red stains | Acidic | APM | | APM-yellow | 1.02 g Red phosphorous |
| 1.33 | 4-glass pipes w/ residue | | | | Purple gas w/heat | Iodine |
| 1.37 | 1-plastic bag containing plant material | Basic | | | | Methamphetamine |
| | | | | | | 3.78g marihuana (micro/duq/TLC-positive) |

# Clandestine Lab Evidence Analysis Data Sheet

| Report # | E04-03575-1 | Investigator | Rob Golenberke | Agency | Attorney Generals Office |
|---|---|---|---|---|---|
| Incident # | | Suspect (s) | Lynda Woods/ Jesse Spangler | Lab Type | Red phosphorous- methamphetamine |
| Raid date | 10/20/2004 | Location | Plum Twsp, Venango Co | CLRT | Coyle, Kelton |

| Item # | Description | pH value | FTIR | GC/MS | Color test | Comments and results |
|---|---|---|---|---|---|---|
| 1.38 | 1-plastic bag containing red substance | Neutral | Basic | | | 21.78g Pseudoephedrine |
| 1.39 | Numerous coffee filters w/ dark red stains | | | | Purple gas w/ heat | Iodine (Precipitated w/ H2O2 in acetone) |
| 1.40 | 1-plastic bag containing: | | | | | |
| | 389-Red tablets marked L432 | | | | | Logo-30mg Pseudoephedrine |
| | 525-Red tablets marked SU | | | | | Logo-30mg Pseudoephedrine |
| | 93-White tablets L434 | | | | | Logo-60mg Pseudoephedrine/ Triprolidine |
| | 266-White tablets 257 | | | | | Logo-60 mg Pseudoephedrine/ Triprolidine |
| | 42- White tablets marked ACTIFED M2A | | | | | Logo-60 mg Pseudoephedrine/ Triprolidine |
| 1.42 | 1-medicine bottle containing grey substance | | | | Purple gas w/ heat | 145.55 g Iodine crystal |
| 1.43 | 1-Plastic bag of plant material | | | | | 4.09 g Marihuana (micro/duq/TLC Positive) |
| 1.44 | 1-Duragesic fentanyl patch | | | MeOH | | Fentanyl |
| 1.45 | 31-white tablets EP225 (In ephedrine bottle) | | | | | Logo-25 mg Ephedrine |
| 1.46 | 1-medicine bottle containing : | | | | | |
| | 5-coffee filters w/ residue | | Basic | | Marquis-orange | methamphetamine |
| | 10-orange white capsules ETHEX 041 | | | | | All capsules were empty |
| ***** | Total pseudoephedrine wt. 51.48 grams (total 30 mg tablets- 914 x .03mg + total 60 mg tablets - 401 x 0.06 =51.48 g of pseudoephedrine)     Total | | | | | |
| | ephedrine wt. 0.77 gram (31 x .025mg= 0.775 g ephedrine) | | | | | |
| **** | #1.4- 15 grams of top layer removed and gassed w/ hydrochloric acid fumes and evaporated to powder. 0.2393g/ 15 g of liquid. Total wt of top layer 233.4g X | | | | | |
| | 0.2393g/ 15 g of liquid = 3.73g of methamphetamine | | | | | |
| ***** | #1.6 Based on 10g of top liquid. Total wt of top layer of liquid 26.31g X 0.2191g/ 10g of liquid= 0.57 g of methamphetamine | | | | | |
| | Other liquids had residue amounts of methamphetamine | | | | | |