MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

U.S.A.
*Plaintiff*

vs.

Lynda Lorraine Woods
*Defendant*

No. CR 04-54 Erie

HEARING ON: Sentencing Hearing

Before Judge McLaughlin

Christian Trabold
*Appear for Plaintiff*

Thomas Patton
*Appear for Defendant*

Hearing begun: 1:28 pm
Hearing adjourned to: 2:05 pm
Hearing concluded C. A. V.
Stenographer: Ron Bunch
Clerk: Nicole Krerzek

WITNESSES:
For Plaintiff         For Defendant

Gout's Ex. 1 thru 17 admitted
Court will recommend that dft. be placed at FCI Alderson and she receive intensive drug treatment

J & C to follow



Govt. Ex - 1



Gov. Ex. 2



Gov't. Ex 3



Gov't. Ex 4



Gout. Ex 5



Gout. Ex 6



Gov Ex 9



Gout. Ex 8



Gout Ex 9



Govt Ex 11



Govt Ex 10





Gov't. Ex 12

Gov't. Ex 13



Gout Ex 15



Gout. Ex 14



Gov't. Ex 16



Gov't. Ex 17