## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**U.S. District Court - Western District of Pennsylvania (Pittsburgh)**

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

LYNDA LORRAINE WOODS

**District Court
Docket No.** <u>Criminal No. 04-54</u>E

**District Court
Judge** <u>Sean J. McLaughlin</u>

**Notice is hereby given that** <u>Lynda Lorraine Woods</u>

**appeals to the United States Court of Appeals for the Third Circuit**

**from [X] Judgment; [ ] Order; [ ] Other (Specify)** _____

<u>of Conviction</u>

_____

**entered in this action on** <u>November 21, 2005</u> .

**DATED:** November 30, 2005

_/s/ Karen Sirianni Gerlach_
**(Counsel for Appellant-signature)**
Karen Sirianni Gerlach  PA ID# 52956
Assistant Federal Public Defender
**(Name of Counsel-Typed)**
1450 Liberty Center
**(Address)**
1001 Liberty Avenue

Pittsburgh, PA  15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Robert L. Eberhardt
Assistant U.S. Attorney
**(Counsel for Appellee)**
400 U.S. Courthouse
**(Address)**
Seventh Avenue & Grant St.

Pittsburgh, PA  15219

(412) 894-7353
**(Tel. No. - FTS or Other)**