# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. 05-5244 |
|---|---|
| Western District of Pennsylvania | District Court Docket No. Criminal No. 04-54E |

Short Case Title ___ United States of America v. Lynda Lorraine Woods ___

Date Notice of Appeal Filed by Clerk of District Court ___ November 30, 2005 ___

---

**PART I.** (To be completed by party responsible for ordering transcript)  NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- ☐ None  ☐ Unnecessary for appeal purposes.
- ☐ Already on file in the D.C. Clerk's office.
- ☒ This is to order a transcript of the proceedings heard on the date listed below from ___ Ronald Bench, Official Court Reporter ___
  (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

Status Conference held 5/19/05; Motion Hearing held 5/25/05; Change of Plea Hearing held 8/8/05 and Sentencing Hearing held on 11/18/05 before the Honorable Sean J. McLaughlin, United States District Judge.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ;  Opening statement of plaintiff ☐  defendant ☐
Closing argument of plaintiff ☐  defendant ☐
Jury instructions ☐  Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- ☒ Private Funds  (FPD)  PA ID# 52956

Signature _Karen Sirianni Gerlach_  Date __December 16, 2005__

Print Name __Karen Sirianni Gerlach__
__Assistant Federal Public Defender__  Counsel for __Lynda Lorraine Woods__

Address __1450 Liberty Center, 1001 Liberty Avenue__
__Pittsburgh, Pennsylvania 15222__  Telephone __(412) 644-6565__

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |
|  |  |  |

☐ Arrangements for payment were made on ___
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

Date ___  Signature of Court Reporter ___  Telephone ___

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

___ Actual Number of Pages  ___ Actual Number of Volumes

___ Date  ___ Signature of Court Reporter

3CA (12/93)