Lynda Woods
CR 04-54 E
#20232-068
July 12, 2006

CR05-54

Dear Honorable Judge Sean McLaughlin,

I am writing to you concerning the three level enhancement that was slapped on me at sentencing. I am asking for a sentence modification on this enhancement. I plead guilty to one count of manufacturing at a level 28. At my plea on August 8, 2004, you asked Mr. Trabold about child endangerment. He stated that they were not going to pursue it at that time. Then two weeks before sentencing the District Attorney comes back with a six level increase and said I was going to be sentenced to 20 years at a level 36. Then a week later he comes back and says that he will drop it three levels to a level 31, to endangering another person. He knew there was not endangerment. It was a scare tactic that worked. So I signed another plea in the guideline range of 79 to 91 months, which you then sentenced me to 85 months, with three years supervised release.

Your Honor, keeping me in prison, which I have been incarcerated since October 20, 2004, has given me a chance to see the mistakes I made. I am sorry. I have learned my lesson. Please consider a modification on my sentence. I am not a bad person and I love my family. I am eight hours from home, I don't get any contact with my children, it is too far to travel. I could be on the outside working and making a better home for my children and grandchildren, if just given a chance. I've taken parenting classes. I can't take the Drug Program until 2009. Would there be any chance for house arrest or a Rehabilitation Center?

Also, with the endangering of another person I can't get the time off for the Drug Program. Would you please consider the modification or other alternatives? I await your advice in this matter. I am camp status if this is significant to you. Thank you for your consideration.

Sincerely,

Lynda Woods
Lynda Woods, Federal Prison Camp
Alderson, W.V 24910

Lynda Woods
26037068 A-2
Federal Prison Camp
Box A
Alderson, W.V. 24910

Sean J. McLaughlin
U.S. District Judge
Federal Court House
South Park Row
Erie, Pa 16501