IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | )   CR 04-54 ERIE |
| | ) |
| LYNDA WOODS, | ) |
| Defendant. | ) |

**O R D E R**

          AND NOW, this 17th day of July 2006, after consideration of the Motion to Modify Sentence (Document No.52 ) 

IT IS HEREBY ORDERED that said motion is DENIED.

      S/Sean J. McLaughlin
      Sean J. McLaughlin
      United States District Judge

cc: all counsel/parties of record