IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
        vs.                     )    Criminal Number 04-54E
                                )
LYNDA WOODS                     )

The above named defendant satisfied the judgment of NOVEMBER 21, 2005 by paying on MARCH 12, 2007 the full balance due on his/her court ordered:

            __X__ Assessment
            _____ Fine
            _____ Costs
            _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  4-20-07
Deputy Clerk              Date