NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-5244

_____

UNITED STATES OF AMERICA,

v.

LYNDA LORRAINE WOODS,
          *Appellant*

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(04-cr-00054E)
District Court: Hon. Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
April 23, 2007

Before:  McKEE and AMBRO, Circuit Judges, and ACKERMAN,[1] Senior District Judge

_____

JUDGMENT

_____

This cause came to be heard from the Board of Immigration Appeals of the United States

---

[1] The Honorable Harold A. Ackerman, Senior District Judge, United States District Court for the District of New Jersey, sitting by designation.

1

and was submitted pursuant to L.A.R. 34.1(a) on April 23, 2007.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the decision of the district court dated November 21, 2005 is AFFIRMED.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 24, 2007

**Certified as a true copy and issued in lieu of a formal mandate on**    11/19/07

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**