OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4959

www.ca3.uscourts.gov

November 19, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room A-150
Erie, PA  16501

RE: Docket No. 05-5244
    USA  vs. Woods
     No. 04-cr-00054E

Dear Mr. Barth:


   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                           By: Shannon L. Craven
                               Case Manager

Enclosure

cc:
    Renee Pietropaolo, Esq.
    Karen S. Gerlach, Esq.
    Rebecca R. Haywood, Esq.
    Robert L. Eberhardt, Esq.