20333-068 A2
Lynda Woods
Alderson Prison Camp
Box A
Alderson, WV
24910

165015115 0021

Eric Co. Federal Court House
Judge Sean McLaughlin
17 South Park Row
Erie, Pa. 16501

CLEARED X-RAY SCREENING

USA 41