AO 243   (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT 37
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | |
|---|---|---|
| Name of Movant LYNDA LORRAINE WOODS | Prisoner No. 20232 068 | Case No. 1:04cr 00054 SJM 1 |

Place of Confinement

ALDERSON FEDERAL PRISON CAMP, ALDERSON, W.V.

| UNITED STATES OF AMERICA | V. | LYNDA LORRAINE WOODS |
|---|---|---|
| | | (name under which convicted) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack

   Western District of Pennsylvania  (Erie, PA)

2. Date of judgment of conviction : Not Known  Date of Sentencing: 11/18/2005

3. Length of sentence   85 months; 3 years supervised release

4. Nature of offense involved (all counts)

   One (1) count manufacturing methamphetamine

**FILED**

**MAR 2 4 2008**

CLERK U.S. DISTRICT COURT
'EST. DIST. OF PENNSYLVAN'

5. What was your plea? (Check one)
   - (a) Not guilty          ☐
   - (b) Guilty              ☒
   - (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury          ☐
   - (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

AO 243    (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a) Name of court                         Grounds Raised:  See Attachment I
        Third Circuit Court of Appeals
    (b) Result
        Denied
    (c) Date of result
        10/24/2007

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes   ☐     No ☒

11.  If your answer to 10 was "yes," give the following information:

    (a)  (1)  Name of court

        (2)  Nature of proceeding

        (3)  Grounds raised

        (4)  Did you receive an evidentiary hearing on your petition, application or motion?
           Yes   ☐     No ☐

        (5)  Result

        (6)  Date of result

    (b)  As to any second petition, application or motion give the same information:

        (1)  Name of court

        (2)  Name of proceeding

        (3)  Grounds raised

ATTACHMENT  I:   Section 9: Grounds Raised:

I. The affidavid contained only bare and conclusory allegations of the confidential
   informant's reliability.
   The police failed entirely to corroborate any information contained in the tip,
   including predictive information.
   The remaining information did not denote inside information as opposed to rumor.
   The affidavit did not contain sufficient information to allow the magistrate
   to determine probable cause; therefore, the magistrate's action was a mere
   ratification of the bare conclusions of police.

II. The affidavit provided the magistrate with false statements about the reliability
    of the confidential information and omitted other information undermining his
    reliability.  Setting aside the inaccuracies, the affidavit recites allegations
    of an untested informant that were not corroborated by independent police
    investigation and thus this affidavit does not establish probable cause.

AO 243    (Rev. 2/95)

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐    No ☐

    (5)  Result

    (6)  Date of result

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1)  First petition, etc.      Yes ☐    No ☐

    (2)  Second petition, etc.    Yes ☐    No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

AO 243    (Rev. 2/95)

   (c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   (d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
   (e)  Conviction obtained by a violation of the privilege against self-incrimination.
   (f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g)  Conviction obtained by a violation of the protection against double jeopardy.
   (h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   (i)  Denial of effective assistance of counsel.
   (j)  Denial of right of appeal.

A.  Ground one:

     See Attachment II    Page 5b

    Supporting FACTS (state *briefly* without citing cases or law):

B.  Ground two:

    Supporting FACTS (state *briefly* without citing cases or law):

C.  Ground three:

    Supporting FACTS (state *briefly* without citing cases or law):

ATTACHMENT II:   Section 12, Grounds:

GROUND ONE:   Ineffective assistance of counsel in failing to pursue safety valve
                          at sentencing.

SUPPORTING FACTS:

At sentencing, I was at offense level 28 and criminal history category 1 with a guideline range of 78 to 97 months.  Under USSb Section D 1.1(7), I met the criteria set forth in subsections 1 through 5 of Section 5C1.2(a); therefore since, as required, I had not more than one criminal history point, the offense level should have been decreased by 2 levels.  My attorney did not advise me of this nor did he offer this information to the court:

1.  The defendant does not have more than 1 criminal history point, as determined under the sentencing guidelines before application of subsection (b) of 4A1.3 (Departure Based on Inadequancy of Criminal History.)

2.  The defendant did not use violence or credible threats of violence or possess a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;

3.  the offense did not result in death or serious bodily injury to any person.

4.  The defendant was not an organizer, leader, manager or supervisor of others in the offense, as determined under the sentencing guidelines, and was not engaged in a continuing criminal enterprise, as defined in 21 USC Section 848;

5.  and, not later than the time of the sentencing hearing, the defendant has faithfully provided to the government all information and evidence that she has concerning the offense(s) that were part of the same course of conduct or of a common scheme or plan; but the fact that the defendant has no relevant or useful other information to provide or that the government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

USSb Section 5C1.2, 18 USCA

AO 243    (Rev. 2/95)

D.   Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14.   Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes   ☐      No   ☒

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing
Thomas Patton                    U. S. Federal Court House
Public Defender                  17 Erie South Park Row
                                 Erie, PA 16509
(b)  At arraignment and plea

Same as (a)

(c)  At trial

(d)  At sentencing
Same as (a)

(6)

AO 243    (Rev. 2/95)

    (e)  On appeal

        Renee Pietropaolo
        Public Defender,  Pittsburg, PA

    (f)  In any post-conviction proceeding

    (g)  On appeal from any adverse ruling in a post-conviction proceeding

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes  ☐    No  ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes  ☐    No  ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future:

    (b)  Give date and length of the above sentence:

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

            Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

3/10/08
_____
    Date

                        Lynda L. Woods
                        Signature of Movant

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

|  |  |
|---|---|
| **Plaintiff** | **APPLICATION TO PROCEED** |
| **V.** | **WITHOUT PREPAYMENT OF** |
|  | **FEES AND AFFIDAVIT** |
| **Defendant** | CASE NUMBER: 1:04cr 00054 SJm 1 |

I, _Lynda L Woods_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        G other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☑ Yes        G No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?        ☑ Yes        G No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Unicor - Call center @ Federal Prison Camp Alderson WV 24910

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | G Yes | G No |
    | b. | Rent payments, interest or dividends | G Yes | G No |
    | c. | Pensions, annuities or life insurance payments | G Yes | G No |
    | d. | Disability or workers compensation payments | G Yes | G No |
    | e. | Gifts or inheritances | ☑ Yes | G No |
    | f. | Any other sources | G Yes | G No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Husband - Michael Woods. $100.⁰⁰, $50.⁰⁰, $50.⁰⁰
Daughter - Lacy Woods. $100.⁰⁰
There is no more money forthcoming.

4.  Do you have **any** cash or checking or savings accounts?    (G Yes)        G No

    If "Yes," state the total amount.   $400.⁰⁰

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        G Yes        (G No)

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_3-18-08_                    _Lynda L Woods_
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date: 03/19/2008
Time: 8:24:59 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

Start Date: 06/19/2007
End Date: 03/19/2008
Inmate Reg#: 20232068
Account Status: All
Institution: All

Inmate Reg#:        20232068
Inmate Name:        WOODS, LYNDA LORRIANE
Current Site Name:  Alderson FPC
Housing Unit:       ALD-A-B

**General Information**

Living Quarters:         A02-051L
Arrived From:            OKL
Transferred To:
Account Creation Date:   12/9/2005

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 06/20/2007 11:28:16 PM | ITS0620 | | | Phone Withdrawal | ($2.00) | | $299.27 |
| ALD | 06/21/2007 02:36:03 PM | TL0621 | | | TRUL Withdrawal | ($5.00) | | $294.27 |
| ALD | 06/24/2007 11:25:57 AM | ITS0624 | | | Phone Withdrawal | ($3.00) | | $291.27 |
| ALD | 06/25/2007 05:45:57 PM | 38 | | | Sales | ($22.40) | | $268.87 |
| ALD | 06/25/2007 06:22:46 PM | ITS0625 | | | Phone Withdrawal | ($3.00) | | $265.87 |
| ALD | 06/30/2007 09:56:44 AM | ITS0630 | | | Phone Withdrawal | ($3.00) | | $262.87 |
| ALD | 07/01/2007 08:33:02 AM | ITS0701 | | | Phone Withdrawal | ($3.00) | | $259.87 |
| ALD | 07/02/2007 07:25:59 PM | 109 | | | Sales | ($20.25) | | $239.62 |
| ALD | 07/03/2007 01:52:34 PM | | | | Outside Savings | ($200.00) | | $39.62 |
| ALD | 07/04/2007 11:16:10 PM | ITS0704 | 1185 | | Phone Withdrawal | ($3.00) | | $36.62 |
| ALD | 07/05/2007 12:47:08 PM | IOS028 | | | Payroll - UNICOR | $270.71 | | $307.33 |
| ALD | 07/07/2007 11:15:51 AM | ITS0707 | | | Phone Withdrawal | ($3.00) | | $304.33 |
| ALD | 07/09/2007 11:03:23 AM | TL0709 | | | TRUL Withdrawal | ($5.00) | | $299.33 |
| ALD | 07/09/2007 02:40:33 PM | 7 | | | Sales | ($55.20) | | $244.13 |
| ALD | 07/09/2007 08:32:13 PM | ITS0709 | | | Phone Withdrawal | ($3.00) | | $241.13 |
| ALD | 07/10/2007 02:39:22 PM | 34 | | | Sales | ($12.40) | | $228.73 |
| ALD | 07/12/2007 07:14:15 PM | ITS0712 | | | Phone Withdrawal | ($5.00) | | $223.73 |
| ALD | 07/12/2007 08:00:15 PM | ITS0712 | | | Phone Withdrawal | ($5.00) | | $218.73 |
| ALD | 07/15/2007 10:48:08 AM | ITS0715 | | | Phone Withdrawal | ($3.00) | | $215.73 |
| ALD | 07/15/2007 11:04:05 AM | ITS0715 | | | Phone Withdrawal | ($3.00) | | $212.73 |
| ALD | 07/16/2007 05:35:02 PM | 69 | | | Sales | ($9.85) | | $202.88 |

Date: 03/19/2008
Time: 8:25:01 am

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

| General Information | |
|---|---|
| Inmate Reg#: | 20232068 |
| Inmate Name: | WOODS, LYNDA LORRIANE |
| Current Site Name: | Alderson FPC |
| Housing Unit: | ALD-A-B |

| Living Quarters: | A02-051L |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 12/9/2005 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 07/17/2007 08:06:49 AM | | | 1254 | Outside Savings | ($100.00) | | $102.88 |
| ALD | 07/21/2007 09:34:42 AM | ITS0721 | | | Phone Withdrawal | ($3.00) | | $99.88 |
| ALD | 07/21/2007 11:33:40 AM | ITS0721 | | | Phone Withdrawal | ($3.00) | | $96.88 |
| ALD | 07/22/2007 09:43:59 PM | ITS0722 | | | Phone Withdrawal | ($2.00) | | $94.88 |
| ALD | 07/22/2007 10:32:56 PM | ITS0722 | | | Phone Withdrawal | ($3.00) | | $91.88 |
| ALD | 07/23/2007 02:03:47 PM | 15 | | | Sales | ($16.20) | | $75.68 |
| ALD | 07/23/2007 07:02:14 PM | ITS0723 | | | Phone Withdrawal | ($3.00) | | $72.68 |
| ALD | 07/25/2007 11:18:17 PM | ITS0725 | | | Phone Withdrawal | ($2.00) | | $70.68 |
| ALD | 07/25/2007 03:50:44 PM | ITS0729 | | | Phone Withdrawal | ($3.00) | | $67.68 |
| ALD | 07/29/2007 10:15:11 PM | ITS0729 | | | Phone Withdrawal | ($3.00) | | $64.68 |
| ALD | 07/30/2007 05:25:09 PM | 52 | | | Sales | ($25.05) | | $39.63 |
| ALD | 07/31/2007 11:18:03 PM | ITS0731 | | | Phone Withdrawal | ($3.00) | | $36.63 |
| ALD | 08/02/2007 11:19:12 PM | ITS0802 | | | Phone Withdrawal | ($3.00) | | $33.63 |
| ALD | 08/03/2007 01:12:35 PM | ITS0802 | | | Phone Withdrawal | $307.28 | | $340.91 |
| ALD | 08/04/2007 01:55:26 PM | ICS030 | | | Payroll - UNICOR | ($4.00) | | $336.91 |
| ALD | 08/05/2007 11:42:08 AM | ITS0805 | | | Phone Withdrawal | ($3.00) | | $333.91 |
| ALD | 08/05/2007 10:29:56 PM | ITS0805 | | | Phone Withdrawal | ($5.00) | | $328.91 |
| ALD | 08/06/2007 05:33:22 PM | 72 | | | Sales | ($81.40) | | $247.51 |
| ALD | 08/06/2007 05:43:30 PM | 78 | | | Sales | $15.95 | | $263.46 |
| ALD | 08/07/2007 01:23:04 PM | ITS0807 | | | Phone Withdrawal | ($2.00) | | $261.46 |
| ALD | 08/10/2007 01:13:30 PM | | 1363 | | Outside Savings | ($100.00) | | $161.46 |
| ALD | 08/10/2007 11:18:07 PM | ITS0810 | | | Phone Withdrawal | ($3.00) | | $158.46 |
| ALD | 08/12/2007 11:18:00 PM | ITS0812 | | | Phone Withdrawal | ($3.00) | | $155.46 |
| ALD | 08/13/2007 10:00:24 AM | TL0813 | | | TRUL Withdrawal | ($5.00) | | $150.46 |
| ALD | 08/13/2007 05:43:25 PM | 72 | | | Sales | ($10.10) | | $140.36 |
| ALD | 08/13/2007 07:18:30 PM | ITS0813 | | | Phone Withdrawal | ($3.00) | | $137.36 |
| ALD | 08/13/2007 07:33:57 PM | ITS0813 | | | Phone Withdrawal | ($3.00) | | $134.36 |
| ALD | 08/14/2007 11:24:27 PM | ITS0814 | | | Phone Withdrawal | ($3.00) | | $131.36 |
| ALD | 08/16/2007 11:15:13 PM | ITS0816 | | | Phone Withdrawal | ($3.00) | | $128.36 |
| ALD | 08/18/2007 11:20:27 AM | ITS0818 | | | Phone Withdrawal | ($3.00) | | $125.36 |

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

Inmate Reg#: 20232068
Inmate Name: WOODS, LYNDA LORRIANE
Current Site Name: Alderson FPC
Housing Unit: ALD-A-B

**General Information**

Living Quarters: A02-051L
Arrived From: OKL
Transferred To:
Account Creation Date: 12/9/2005

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 08/20/2007 03:34:38 PM | 50 | | | Sales | ($26.50) | | $98.86 |
| ALD | 08/20/2007 06:28:39 PM | ITS0820 | | | Phone Withdrawal | ($3.00) | | $95.86 |
| ALD | 08/21/2007 05:13:30 PM | ITS0821 | | | Phone Withdrawal | ($3.00) | | $92.86 |
| ALD | 08/22/2007 04:55:20 PM | ITS0822 | | | Phone Withdrawal | ($3.00) | | $89.86 |
| ALD | 08/24/2007 09:40:58 PM | ITS0824 | | | Phone Withdrawal | ($3.00) | | $86.86 |
| ALD | 08/26/2007 09:33:06 PM | ITS0826 | | | Phone Withdrawal | ($3.00) | | $83.86 |
| ALD | 08/27/2007 03:00:52 PM | 47 | | | Sales | ($16.50) | | $67.36 |
| ALD | 08/27/2007 05:16:47 PM | ITS0827 | | | Phone Withdrawal | ($3.00) | | $64.36 |
| ALD | 08/27/2007 05:32:09 PM | ITS0827 | | | Phone Withdrawal | ($3.00) | | $61.36 |
| ALD | 08/30/2007 03:23:45 PM | TL0830 | | | TRUL Withdrawal | ($5.00) | | $56.36 |
| ALD | 09/01/2007 12:00:21 PM | ITS0901 | | | Phone Withdrawal | ($3.00) | | $53.36 |
| ALD | 09/02/2007 09:49:56 PM | ITS0902 | | | Phone Withdrawal | ($3.00) | | $50.36 |
| ALD | 09/03/2007 10:53:03 PM | ITS0903 | | | Phone Withdrawal | ($3.00) | | $47.36 |
| ALD | 09/04/2007 02:37:48 PM | 32 | | | Sales | ($35.40) | | $11.96 |
| ALD | 09/06/2007 09:30:38 AM | IOS034 | | | Payroll - UNICOR | $261.06 | | $273.02 |
| ALD | 09/08/2007 11:13:35 AM | ITS0908 | | | Phone Withdrawal | ($3.00) | | $270.02 |
| ALD | 09/09/2007 09:27:48 PM | ITS0909 | | | Phone Withdrawal | ($3.00) | | $267.02 |
| ALD | 09/09/2007 10:20:21 PM | ITS0909 | | | Phone Withdrawal | ($3.00) | | $264.02 |
| ALD | 09/10/2007 05:40:52 PM | 62 | | | Sales | ($70.85) | | $193.17 |
| ALD | 09/10/2007 05:44:33 PM | 63 | | | Sales | ($7.75) | | $185.42 |
| ALD | 09/10/2007 10:36:09 PM | ITS0910 | | | Phone Withdrawal | ($3.00) | | $182.42 |
| ALD | 09/12/2007 09:11:03 PM | ITS0912 | | | Phone Withdrawal | ($3.00) | | $179.42 |
| ALD | 09/13/2007 03:12:08 PM | TL0913 | | | TRUL Withdrawal | ($5.00) | | $174.42 |
| ALD | 09/17/2007 05:43:59 PM | S3 | | | Sales | ($23.85) | | $150.57 |
| ALD | 09/17/2007 06:26:37 PM | ITS0917 | | | Phone Withdrawal | ($3.00) | | $147.57 |
| ALD | 09/17/2007 06:41:26 PM | ITS0917 | | | Phone Withdrawal | ($3.00) | | $144.57 |
| ALD | 09/21/2007 11:13:53 AM | GITS2CNV | | | Phone Rev With Rel | $0.14 | | $144.71 |
| ALD | 09/21/2007 02:17:50 PM | TFN0921 | | | Phone Withdrawal | ($3.00) | | $141.71 |
| ALD | 09/23/2007 11:01:15 AM | TFN0923 | | | Phone Withdrawal | ($3.00) | | $138.71 |
| ALD | 09/23/2007 11:19:56 AM | TFN0923 | | | Phone Withdrawal | ($3.00) | | $135.71 |

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

## General Information

| | | |
|---|---|---|
| Inmate Reg#: | 20232068 | Living Quarters: A02-051L |
| Inmate Name: | WOODS, LYNDA LORRIANE | Arrived From: OKL |
| Current Site Name: | Alderson FPC | Transferred To: |
| Housing Unit: | ALD-A-B | Account Creation Date: 12/9/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 09/24/2007 01:26:07 PM | TFN0924 | | | Phone Withdrawal | ($3.00) | | $132.71 |
| ALD | 09/24/2007 01:40:32 PM | TFN0924 | | | Phone Withdrawal | ($3.00) | | $129.71 |
| ALD | 09/25/2007 10:01:41 AM | TFN0925 | | | Phone Withdrawal | ($3.00) | | $126.71 |
| ALD | 09/25/2007 07:32:56 PM | TFN0925 | | | Phone Withdrawal | ($3.00) | | $123.71 |
| ALD | 09/26/2007 07:52:18 PM | TFN0926 | | | Phone Withdrawal | ($3.00) | | $120.71 |
| ALD | 09/26/2007 03:07:56 PM | TFN0926 | | | Phone Withdrawal | ($3.00) | | $117.71 |
| ALD | 10/01/2007 01:31:13 PM | TFN1001 | | | Phone Withdrawal | ($3.00) | | $114.71 |
| ALD | 10/02/2007 09:48:57 AM | TL1002 | | | TRUL Withdrawal | ($5.00) | | $109.71 |
| ALD | 10/02/2007 11:48:54 AM | TFN1002 | | | Phone Withdrawal | ($3.00) | | $106.71 |
| ALD | 10/03/2007 10:20:10 AM | TL1001 | | | SPO | | ($36.00) | --- |
| ALD | 10/03/2007 03:03:33 PM | TFN1003 | | | Phone Withdrawal | ($3.00) | | $103.71 |
| ALD | 10/03/2007 11:18:11 PM | TFN1003 | | | Phone Withdrawal | ($3.00) | | $100.71 |
| ALD | 10/04/2007 12:17:53 PM | IOS038 | | | Payroll - UNICOR | $187.17 | | $287.88 |
| ALD | 10/05/2007 07:32:21 AM | TFN1004 | | | Phone Withdrawal | ($3.00) | | $284.88 |
| ALD | 10/06/2007 11:58:45 AM | TFN1006 | | | Phone Withdrawal | ($3.00) | | $281.88 |
| ALD | 10/06/2007 05:48:53 PM | TFN1006 | | | Phone Withdrawal | ($3.00) | | $278.88 |
| ALD | 10/08/2007 01:50:14 PM | TFN1006 | | | Phone Withdrawal | ($3.00) | | $275.88 |
| ALD | 10/08/2007 03:18:16 PM | TFN1008 | | | Phone Withdrawal | ($3.00) | | $272.88 |
| ALD | 10/09/2007 10:36:00 AM | TFN1008 | | | Phone Withdrawal | ($3.00) | | $269.88 |
| ALD | 10/09/2007 10:47:01 AM | TFN1009 | | 40 | Sales | ($56.40) | | $213.48 |
| ALD | 10/09/2007 03:11:15 PM | TFN1009 | | | TRUL Withdrawal | ($5.00) | | $208.48 |
| ALD | 10/10/2007 07:20:46 PM | TFN1009 | | | Phone Withdrawal | ($3.00) | | $205.48 |
| ALD | 10/10/2007 09:40:54 PM | TFN1010 | | | Phone Withdrawal | ($3.00) | | $202.48 |
| ALD | 10/10/2007 10:37:45 PM | TFN1010 | | | Bills | ($100.00) | | $102.48 |
| ALD | 10/12/2007 03:01:57 PM | TFN1010 | | | Phone Withdrawal | ($2.00) | | $100.48 |
| ALD | 10/14/2007 03:41:13 PM | TFN1014 | 51 | | SPO - Released | | $36.00 | --- |
| ALD | 10/15/2007 01:50:36 PM | 19 | | | Sales | ($43.90) | | $56.58 |
| ALD | 10/15/2007 03:30:05 PM | 6 | | | Sales | ($3.00) | | $53.58 |
| ALD | 10/16/2007 05:19:09 PM | TFN1016 | | | Phone Withdrawal | ($3.00) | | $50.58 |
| ALD | 10/17/2007 02:33:52 PM | TFN1017 | | | Phone Withdrawal | ($3.00) | | $47.58 |

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 20232068 | Living Quarters: | A02-051L |
| Inmate Name: | WOODS, LYNDA LORRIANE | Arrived From: | OKL |
| Current Site Name: | Alderson FPC | Transferred To: | |
| Housing Unit: | ALD-A-B | Account Creation Date: | 12/9/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 10/19/2007 05:19:46 PM | TFN1019 | | | Phone Withdrawal | ($3.00) | | $44.58 |
| ALD | 10/21/2007 02:59:52 PM | TL1021 | | | TRUL Withdrawal | ($2.00) | | $42.58 |
| ALD | 10/22/2007 07:27:31 PM | 91 | | | Sales | ($4.95) | | $37.63 |
| ALD | 10/22/2007 08:49:41 PM | TFN1022 | | | Phone Withdrawal | ($2.00) | | $35.63 |
| ALD | 10/23/2007 01:11:14 PM | TFN1023 | | | Phone Withdrawal | ($2.00) | | $33.63 |
| ALD | 10/23/2007 06:17:03 PM | TFN1023 | | | Phone Withdrawal | ($2.00) | | $31.63 |
| ALD | 10/29/2007 02:26:17 PM | TFN1029 | | | Phone Withdrawal | ($2.00) | | $29.63 |
| ALD | 10/29/2007 02:57:14 PM | 51 | | | Sales | ($5.50) | | $24.13 |
| ALD | 10/29/2007 08:09:28 PM | TFN1029 | | | Phone Withdrawal | ($2.00) | | $22.13 |
| ALD | 10/30/2007 12:21:34 PM | TL1030 | | | TRUL Withdrawal | ($2.00) | | $20.13 |
| ALD | 11/01/2007 12:58:01 PM | TFN1101 | | | Phone Withdrawal | ($2.00) | | $18.13 |
| ALD | 11/04/2007 09:33:47 PM | TFN1104 | | | Phone Withdrawal | ($2.00) | | $16.13 |
| ALD | 11/05/2007 11:33:26 AM | IOS005 | | | Payroll - UNICOR | $132.83 | | $148.96 |
| ALD | 11/05/2007 02:57:58 PM | TFN1105 | | | Phone Withdrawal | ($2.00) | | $146.96 |
| ALD | 11/05/2007 05:41:22 PM | 74 | | | Sales | ($11.65) | | $135.31 |
| ALD | 11/05/2007 05:44:37 PM | TL1105 | | | TRUL Withdrawal | ($5.00) | | $130.31 |
| ALD | 11/05/2007 08:47:13 PM | TFN1105 | | | Phone Withdrawal | ($2.00) | | $128.31 |
| ALD | 11/07/2007 10:00:08 AM | TFN1107 | | | Phone Withdrawal | ($2.00) | | $126.31 |
| ALD | 11/10/2007 11:14:56 AM | TFN1110 | | | Phone Withdrawal | ($2.00) | | $124.31 |
| ALD | 11/10/2007 11:25:48 AM | TFN1110 | | | Phone Withdrawal | ($2.00) | | $122.31 |
| ALD | 11/12/2007 09:01:44 PM | TFN1112 | | | Phone Withdrawal | ($2.00) | | $120.31 |
| ALD | 11/13/2007 02:28:46 PM | 26 | | | Sales | ($24.20) | | $96.11 |
| ALD | 11/13/2007 02:38:41 PM | 32 | | | Sales | ($5.10) | | $91.01 |
| ALD | 11/14/2007 01:27:58 PM | TFN1114 | | | Phone Withdrawal | ($2.00) | | $89.01 |
| ALD | 11/15/2007 11:46:25 AM | TFN1115 | | | Phone Withdrawal | ($2.00) | | $87.01 |
| ALD | 11/15/2007 09:07:57 PM | TFN1115 | | | Phone Withdrawal | ($2.00) | | $85.01 |
| ALD | 11/18/2007 01:51:32 PM | TFN1118 | | | Phone Withdrawal | ($2.00) | | $83.01 |
| ALD | 11/19/2007 09:52:05 AM | TL1119 | | | TRUL Withdrawal | ($2.00) | | $81.01 |
| ALD | 11/19/2007 09:27:41 PM | TFN1119 | | | Phone Withdrawal | ($1.00) | | $80.01 |
| ALD | 11/19/2007 09:33:16 PM | TFN1119 | | | Phone Withdrawal | ($1.00) | | $79.01 |

Date: 03/19/2008
Time: 8:25:01 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | |
|---|---|
| Inmate Reg#: | 20232068 |
| Inmate Name: | WOODS, LYNDA LORRIANE |
| Current Site Name: | Alderson FPC |
| Housing Unit: | ALD-A-B |

| | |
|---|---|
| Living Quarters: | A02-051L |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 12/9/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 11/21/2007 10:23:18 PM | TFN1121 | | | Phone Withdrawal | ($4.00) | | $75.01 |
| ALD | 11/22/2007 08:48:31 PM | TFN1122 | | | Phone Withdrawal | ($2.00) | | $73.01 |
| ALD | 11/23/2007 11:59:33 AM | TL1123 | | | TRUL Withdrawal | ($2.00) | | $71.01 |
| ALD | 11/24/2007 12:34:22 PM | TFN1124 | | | Phone Withdrawal | ($2.00) | | $69.01 |
| ALD | 11/24/2007 02:32:47 PM | TFN1124 | | | Phone Withdrawal | ($2.00) | | $67.01 |
| ALD | 11/26/2007 01:16:55 PM | TFN1126 | | | Phone Withdrawal | ($2.00) | | $65.01 |
| ALD | 11/26/2007 02:16:35 PM | 38 | | | Sales | ($30.40) | | $34.61 |
| ALD | 11/28/2007 10:12:20 AM | TFN1128 | | | Phone Withdrawal | ($2.00) | | $32.61 |
| ALD | 11/28/2007 11:54:07 AM | TFN1128 | | | Phone Withdrawal | ($2.00) | | $30.61 |
| ALD | 11/29/2007 02:16:12 PM | TL1129 | | | TRUL Withdrawal | ($2.00) | | $28.61 |
| ALD | 12/02/2007 12:40:56 PM | TFN1202 | | | Phone Withdrawal | ($2.00) | | $26.61 |
| ALD | 12/03/2007 01:43:57 PM | 7 | | | Sales | ($20.05) | | $6.56 |
| ALD | 12/05/2007 12:54:35 PM | TFN1205 | | | Phone Withdrawal | ($2.00) | | $4.56 |
| ALD | 12/06/2007 09:40:48 PM | TFN1206 | | | Phone Withdrawal | ($2.00) | | $2.56 |
| ALD | 12/07/2007 02:58:46 PM | IOS004 | | | Payroll - UNICOR | $181.13 | | $183.69 |
| ALD | 12/08/2007 02:17:58 PM | TL1208 | | | TRUL Withdrawal | ($5.00) | | $178.69 |
| ALD | 12/08/2007 08:19:08 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $176.69 |
| ALD | 12/08/2007 08:29:46 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $174.69 |
| ALD | 12/09/2007 01:34:17 PM | TFN1209 | | | Phone Withdrawal | ($2.00) | | $172.69 |
| ALD | 12/10/2007 05:38:42 PM | 52 | | | Sales | ($89.85) | | $82.84 |
| ALD | 12/11/2007 12:31:07 PM | TFN1211 | | | Phone Withdrawal | ($2.00) | | $80.84 |
| ALD | 12/11/2007 06:37:34 PM | TFN1211 | | | Phone Withdrawal | ($2.00) | | $78.84 |
| ALD | 12/12/2007 10:04:43 PM | TFN1212 | | | Phone Withdrawal | ($2.00) | | $76.84 |
| ALD | 12/14/2007 12:06:42 PM | TFN1214 | | | Phone Withdrawal | ($2.00) | | $74.84 |
| ALD | 12/15/2007 09:53:41 AM | TFN1215 | | | Phone Withdrawal | ($2.00) | | $72.84 |
| ALD | 12/16/2007 03:25:53 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $71.84 |
| ALD | 12/16/2007 08:20:44 PM | TFN1216 | | | Phone Withdrawal | ($2.00) | | $69.84 |
| ALD | 12/17/2007 06:18:15 PM | 81 | | | Sales | ($24.55) | | $45.29 |
| ALD | 12/18/2007 11:54:53 AM | TFN1218 | | | Phone Withdrawal | ($2.00) | | $43.29 |
| ALD | 12/19/2007 09:22:04 AM | TL1219 | | | TRUL Withdrawal | ($2.00) | | $41.29 |

Facility: ALD

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

## General Information

| | |
|---|---|
| Inmate Reg#: | 20232068 |
| Inmate Name: | WOODS, LYNDA LORRIANE |
| Current Site Name: | Alderson FPC |
| Housing Unit: | ALD-A-B |
| Living Quarters: | A02-051L |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 12/9/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 12/20/2007 09:46:56 PM | TFN1220 | | | Phone Withdrawal | ($2.00) | | $39.29 |
| ALD | 12/21/2007 05:16:56 AM | 70198201 | | | Lockbox - CD | $50.00 | | $89.29 |
| ALD | 12/23/2007 09:08:05 PM | TFN1223 | | | Phone Withdrawal | ($2.00) | | $87.29 |
| ALD | 12/25/2007 10:53:29 AM | TFN1225 | | | Phone Withdrawal | ($3.00) | | $84.29 |
| ALD | 12/25/2007 03:27:18 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $82.29 |
| ALD | 12/26/2007 10:12:49 AM | TFN1226 | | | Phone Withdrawal | ($2.00) | | $80.29 |
| ALD | 12/26/2007 10:23:26 AM | TFN1226 | | | Phone Withdrawal | ($2.00) | | $78.29 |
| ALD | 12/27/2007 08:05:47 AM | TFN1227 | | | Phone Withdrawal | ($2.00) | | $76.29 |
| ALD | 12/27/2007 09:50:04 PM | TFN1227 | | | Phone Withdrawal | ($2.00) | | $74.29 |
| ALD | 12/28/2007 03:21:40 PM | TL1228 | | | TRUL Withdrawal | ($2.00) | | $72.29 |
| ALD | 12/29/2007 09:47:38 AM | TFN1229 | | | Phone Withdrawal | ($2.00) | | $70.29 |
| ALD | 12/31/2007 02:13:01 PM | 14 | | | Sales | ($19.10) | | $51.19 |
| ALD | 01/02/2008 10:15:45 PM | TFN0102 | | | Phone Withdrawal | ($1.00) | | $50.19 |
| ALD | 01/04/2008 07:51:34 AM | TL0104 | | | TRUL Withdrawal | ($5.00) | | $45.19 |
| ALD | 01/04/2008 11:30:06 AM | TFN0104 | | | Phone Withdrawal | ($2.00) | | $43.19 |
| ALD | 01/05/2008 09:35:33 AM | TFN0105 | | | Phone Withdrawal | ($2.00) | | $41.19 |
| ALD | 01/05/2008 09:44:15 PM | TFN0105 | | | Phone Withdrawal | ($2.00) | | $39.19 |
| ALD | 01/06/2008 11:52:39 AM | TFN0106 | | | Phone Withdrawal | ($2.00) | | $37.19 |
| ALD | 01/07/2008 08:13:25 AM | IOS008 | | | Payroll - UNICOR | $281.56 | | $318.75 |
| ALD | 01/07/2008 08:01:29 PM | 102 | | | Sales | ($111.15) | | $207.60 |
| ALD | 01/08/2008 05:20:55 PM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $205.60 |
| ALD | 01/08/2008 05:31:06 PM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $203.60 |
| ALD | 01/09/2008 03:50:58 PM | TL0109 | | | TRUL Withdrawal | ($5.00) | | $198.60 |
| ALD | 01/09/2008 03:59:26 PM | TFN0109 | | | Phone Withdrawal | ($2.00) | | $196.60 |
| ALD | 01/10/2008 06:10:47 PM | TFN0110 | | | Phone Withdrawal | ($2.00) | | $194.60 |
| ALD | 01/10/2008 06:20:29 PM | TFN0110 | | | Phone Withdrawal | ($2.00) | | $192.60 |
| ALD | 01/12/2008 09:57:33 AM | TFN0112 | | | Phone Withdrawal | ($2.00) | | $190.60 |
| ALD | 01/12/2008 10:08:11 AM | TFN0112 | | | Phone Withdrawal | ($2.00) | | $188.60 |
| ALD | 01/13/2008 09:19:08 PM | TFN0113 | | | Phone Withdrawal | ($2.00) | | $186.60 |
| ALD | 01/14/2008 01:01:36 PM | TL0114 | | | TRUL Withdrawal | ($5.00) | | $181.60 |

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

## General Information

| | |
|---|---|
| Inmate Reg#: | 20232068 |
| Inmate Name: | WOODS, LYNDA LORRIANE |
| Current Site Name: | Alderson FPC |
| Housing Unit: | ALD-A-B |

| | |
|---|---|
| Living Quarters: | A02-051L |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 12/9/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 01/14/2008 06:05:44 PM | 63 | | | Sales | ($33.45) | | $148.15 |
| ALD | 01/15/2008 05:08:41 AM | 7019970I | | | Lockbox - CD | $100.00 | | $248.15 |
| ALD | 01/17/2008 09:45:24 AM | TFN0117 | | | Phone Withdrawal | ($2.00) | | $246.15 |
| ALD | 01/17/2008 11:39:58 AM | TFN0117 | | | Phone Withdrawal | ($2.00) | | $244.15 |
| ALD | 01/18/2008 10:33:42 PM | TFN0118 | | | Phone Withdrawal | ($2.00) | | $242.15 |
| ALD | 01/19/2008 09:55:45 AM | TFN0119 | | | Phone Withdrawal | ($2.00) | | $240.15 |
| ALD | 01/19/2008 03:38:32 PM | TFN0119 | | | Phone Withdrawal | ($4.00) | | $236.15 |
| ALD | 01/20/2008 07:50:15 PM | TFN0120 | | | Phone Withdrawal | ($1.00) | | $235.15 |
| ALD | 01/22/2008 05:12:15 PM | 34 | | | Sales | ($8.10) | | $227.05 |
| ALD | 01/23/2008 07:09:42 AM | TL0123 | | | TRUL Withdrawal | ($2.00) | | $225.05 |
| ALD | 01/23/2008 08:17:33 PM | TFN0123 | | | Phone Withdrawal | ($2.00) | | $223.05 |
| ALD | 01/23/2008 08:27:31 PM | TFN0123 | | | Phone Withdrawal | ($2.00) | | $221.05 |
| ALD | 01/26/2008 10:05:19 AM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $219.05 |
| ALD | 01/27/2008 11:51:01 AM | TFN0127 | | | Phone Withdrawal | ($2.00) | | $217.05 |
| ALD | 01/28/2008 08:24:25 AM | TL0128 | | | TRUL Withdrawal | ($2.00) | | $215.05 |
| ALD | 01/28/2008 06:23:44 PM | 61 | | | Sales | ($9.65) | | $205.40 |
| ALD | 01/29/2008 09:47:28 PM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $203.40 |
| ALD | 02/03/2008 08:59:22 PM | TFN0203 | | | Phone Withdrawal | ($2.00) | | $201.40 |
| ALD | 02/03/2008 09:48:16 PM | TFN0203 | | | Phone Withdrawal | ($1.00) | | $200.40 |
| ALD | 02/04/2008 03:43:01 PM | IOS012 | | | Payroll - UNICOR | $306.20 | | $506.60 |
| ALD | 02/04/2008 05:27:25 PM | 54 | | | Sales | ($48.40) | | $458.20 |
| ALD | 02/04/2008 06:07:43 PM | TL0204 | | | TRUL Withdrawal | ($5.00) | | $453.20 |
| ALD | 02/04/2008 10:31:17 PM | TFN0204 | | | Phone Withdrawal | ($2.00) | | $451.20 |
| ALD | 02/05/2008 08:42:29 PM | TFN0205 | | | Phone Withdrawal | ($2.00) | | $449.20 |
| ALD | 02/06/2008 06:07:58 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $447.20 |
| ALD | 02/07/2008 08:25:15 PM | TFN0207 | | | Phone Withdrawal | ($2.00) | | $445.20 |
| ALD | 02/09/2008 03:53:35 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $443.20 |
| ALD | 02/09/2008 05:26:21 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $441.20 |
| ALD | 02/10/2008 12:43:46 PM | TFN0210 | | | Phone Withdrawal | ($2.00) | | $439.20 |
| ALD | 02/11/2008 08:06:48 PM | 109 | | | Sales | ($20.10) | | $419.10 |

Date: 03/19/2008
Time: 8:25:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALD

## General Information

| | | |
|---|---|---|
| Inmate Reg#: | 20232068 | Living Quarters: | A02-051L |
| Inmate Name: | WOODS, LYNDA LORRIANE | Arrived From: | OKL |
| Current Site Name: | Alderson FPC | Transferred To: | |
| Housing Unit: | ALD-A-B | Account Creation Date: | 12/9/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 02/13/2008 03:54:02 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $417.10 |
| ALD | 02/13/2008 04:48 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $415.10 |
| ALD | 02/14/2008 07:17:32 AM | TL0214 | | | TRUL Withdrawal | ($5.00) | | $410.10 |
| ALD | 02/16/2008 09:53:44 AM | TFN0216 | | | Phone Withdrawal | ($2.00) | | $408.10 |
| ALD | 02/16/2008 10:04:52 AM | TFN0216 | | | Phone Withdrawal | ($2.00) | | $406.10 |
| ALD | 02/17/2008 08:33:29 PM | TFN0217 | | | Phone Withdrawal | ($2.00) | | $404.10 |
| ALD | 02/17/2008 09:16:59 PM | TFN0217 | | | Phone Withdrawal | ($2.00) | | $402.10 |
| ALD | 02/19/2008 04:05:02 PM | TFN0219 | | | Phone Withdrawal | ($2.00) | | $400.10 |
| ALD | 02/19/2008 07:47:27 PM | 117 | | | Sales | ($42.75) | | $357.35 |
| ALD | 02/22/2008 08:48:28 PM | TFN0222 | | | Phone Withdrawal | ($2.00) | | $355.35 |
| ALD | 02/22/2008 08:59:27 PM | TFN0222 | | | Phone Withdrawal | ($2.00) | | $353.35 |
| ALD | 02/23/2008 01:00:46 PM | TFN0223 | | | Phone Withdrawal | ($2.00) | | $351.35 |
| ALD | 02/23/2008 03:51:41 PM | TFN0223 | | | Phone Withdrawal | ($2.00) | | $349.35 |
| ALD | 02/24/2008 04:24:39 PM | TFN0224 | | | Phone Withdrawal | ($2.00) | | $347.35 |
| ALD | 02/24/2008 11:06:01 PM | TFN0224 | | | Phone Withdrawal | ($2.00) | | $345.35 |
| ALD | 02/25/2008 05:13:25 PM | 44 | | | Sales | ($13.90) | | $331.45 |
| ALD | 02/25/2008 10:33:09 PM | TFN0225 | | | Phone Withdrawal | ($2.00) | | $329.45 |
| ALD | 02/26/2008 10:11:55 AM | TL0226 | | | TRUL Withdrawal | ($5.00) | | $324.45 |
| ALD | 02/28/2008 04:06:40 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $322.45 |
| ALD | 02/28/2008 04:16:04 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $320.45 |
| ALD | 03/01/2008 10:09:09 AM | TFN0301 | | | Phone Withdrawal | ($2.00) | | $318.45 |
| ALD | 03/01/2008 09:18:27 PM | TFN0301 | | | Phone Withdrawal | ($2.00) | | $316.45 |
| ALD | 03/03/2008 09:06:26 AM | TFN0303 | | | Phone Withdrawal | ($2.00) | | $314.45 |
| ALD | 03/03/2008 07:32:15 PM | 66 | | | Sales | ($22.10) | | $292.35 |
| ALD | 03/04/2008 04:37:04 PM | TFN0304 | | | Phone Withdrawal | ($2.00) | | $290.35 |
| ALD | 03/04/2008 07:38:59 PM | TFN0304 | | | Phone Withdrawal | ($2.00) | | $288.35 |
| ALD | 03/05/2008 09:24:19 AM | IOS015 | | | Payroll - UNICOR | $331.29 | | $619.64 |
| ALD | 03/05/2008 11:09:58 AM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $617.64 |
| ALD | 03/05/2008 11:19:30 AM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $615.64 |
| ALD | 03/05/2008 12:39:42 PM | DRR0305 | | | Sales | $3.60 | | $619.24 |

Date: 03/19/2008
Time: 8:25:01 am

Facility: ALD

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 20232068 | Living Quarters: | A02-051L |
| Inmate Name: | WOODS, LYNDA LORRIANE | Arrived From: | OKL |
| Current Site Name: | Alderson FPC | Transferred To: | |
| Housing Unit: | ALD-A-B | Account Creation Date: | 12/9/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | 03/06/2008 10:27:14 AM | TL0306 | | | TRUL Withdrawal | ($5.00) | | $514.24 |
| ALD | 03/06/2008 04:41:22 PM | TFN0306 | | | Phone Withdrawal | ($2.00) | | $612.24 |
| ALD | 03/06/2008 08:32:23 PM | TFN0306 | | | Phone Withdrawal | ($2.00) | | $610.24 |
| ALD | 03/07/2008 11:02:30 AM | TFN0307 | | | Phone Withdrawal | ($2.00) | | $608.24 |
| ALD | 03/07/2008 01:56:13 PM | TFN0307 | | | Phone Withdrawal | ($2.00) | | $606.24 |
| ALD | 03/08/2008 09:48:03 AM | TFN0308 | | | Phone Withdrawal | ($2.00) | | $604.24 |
| ALD | 03/08/2008 02:47:19 PM | TFN0308 | | | Phone Withdrawal | ($2.00) | | $602.24 |
| ALD | 03/09/2008 11:11:17 AM | TFN0309 | | | Phone Withdrawal | ($2.00) | | $600.24 |
| ALD | 03/10/2008 04:03:26 PM | TFN0310 | | | Phone Withdrawal | ($2.00) | | $598.24 |
| ALD | 03/10/2008 05:54:18 PM | 83 | | | Sales | ($36.35) | | $561.89 |
| ALD | 03/10/2008 09:17:34 PM | TFN0310 | | | Phone Withdrawal | ($2.00) | | $559.89 |
| ALD | 03/11/2008 05:27:12 PM | TFN0311 | | | Phone Withdrawal | ($2.00) | | $557.89 |
| ALD | 03/11/2008 08:35:17 PM | TFN0311 | | | Phone Withdrawal | ($2.00) | | $555.89 |
| ALD | 03/12/2008 07:18:21 PM | TFN0312 | | | Phone Withdrawal | ($2.00) | | $553.89 |
| ALD | 03/14/2008 11:38:39 AM | TFN0314 | | | Phone Withdrawal | ($2.00) | | $551.89 |
| ALD | 03/14/2008 08:34:24 PM | TFN0314 | | | Phone Withdrawal | ($2.00) | | $549.89 |
| ALD | 03/15/2008 08:25:52 AM | TFN0315 | | | Phone Withdrawal | ($2.00) | | $547.89 |
| ALD | 03/16/2008 08:33:06 PM | TFN0316 | | | Phone Withdrawal | ($2.00) | | $545.89 |
| ALD | 03/17/2008 06:04:06 PM | 73 | | | Sales | ($17.85) | | $528.04 |
| ALD | 03/17/2008 09:26:00 PM | TFN0317 | | | Phone Withdrawal | ($2.00) | | $526.04 |
| ALD | 03/17/2008 09:38:12 PM | TFN0317 | | | Phone Withdrawal | ($2.00) | | $524.04 |
| ALD | 03/18/2008 06:45:53 PM | TFN0318 | | | Phone Withdrawal | ($2.00) | | $522.04 |
| | **Total Transactions:** | **283** | | | **Totals:** | **$220.77** | **$0.00** | |

Date: 03/19/2008
Time: 8:25:01 am

Facility: ALD

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 20232068 | Living Quarters: | A02-051L |
| Inmate Name: | WOODS, LYNDA LORRIANE | Arrived From: | OKL |
| Current Site Name: | Alderson FPC | Transferred To: | |
| Housing Unit: | ALD-A-B | Account Creation Date: | 12/9/2005 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALD | $522.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $522.04 |
| **Totals:** | **$522.04** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$522.04** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,570.18 | $1,192.85 | $190.23 | $619.64 | $444.98 | N/A | N/A |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


FORMAL REQUIREMENTS AND PROCEDURE IN
MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. §2255


1.  Proceedings to vacate sentence under 28 U.S.C. §2255 shall be
    in accordance with the Rules promulgated with respect to such
    proceedings by the Supreme Court and modified by the Congress
    by P.L. 94-426 and P.L. 94-577, effective February 1, 1997, as
    amended, and with the applicable provisions of the Anti-
    terrorism and Effective Dealth Penalty Act of 1996, P.L. 104-
    132.

2.  Motions in such proceedings shall be in substantially the same
    form prescribed by the court (and must comply with the
    instructions included therein), copies of which shall be made
    available by the Clerk upon request.

3.  THERE ARE LIMITATIONS ON YOUR ABILITY TO FILE A §2255 MOTION,
    AND THERE MAY BE DECISIONS YOU MUST MAKE:

    a.  There is a one-year statute of limitations for
        filing a §2255 motion.  The one-year period begins
        to run from the date the conviction becomes final,
        or from any of three other events set out in the
        sixth paragraph of §2255.

    b.  All movants seeking relief under §2255 are required
        to file within the one-year limitation period, a
        single motion raising all claims for relief and the
        materials to be considered in support thereof.

    c.  Second or subsequent motions are not permitted in
        the absence of "exceptional circumstances" and then
        only upon certification by the Court of Appeals.

    THEREFORE, because generally only one §2255 motion may be
filed, a movant must consider whether all claims to be made are
included in the motion AND he must be conscious of the risk that if
a motion is filed and denied on its merits, no other motion can be
filed challenging that conviction in the absence of exceptional
circumstances and without the certification of the Court of
Appeals.

4.  The original motion in such proceedings shall be filed with
    the Clerk, and a copy of the motion shall be mailed to:

                United States Attorney for the
                Western District of Pennsylvania
                633 U.S. Courthouse & Post Office Building
                Pittsburgh, PA 15219

AO 243   (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to
attack, the movant should file a motion in the federal court which entered the judgment.)

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions–Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should he submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

```
Clerk of Court
United States Federal Court House
17 Erie South Park Row
Erie, PA 16509
```

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF PENNSYLVANIA

**LISA B. FREELAND**
*Federal Public Defender*

**MICHAEL J. NOVARA**
*First Assistant Federal Public Defender*

**W. PENN HACKNEY**
*Senior Litigator*

1450 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH, PENNSYLVANIA 15222-3714
*phone:* **(412) 644-6565**
*fax:* **(412) 644-4594**
*website:* **http://www.fpdpaw.org**

**LINDA E.J. COHN**
**JAY J. FINKELSTEIN**
**KAREN SIRIANNI GERLACH**
**THOMAS LIVINGSTON**
**THOMAS W. PATTON** *
**RENEE D. PIETROPAOLO**
**MARKÉTA SIMS**
*Assistant Federal Public Defenders*

***Erie Branch Office***
***(814) 455-8089***

June 14, 2007

Lynda Lorraine Woods
Register No. 20232-068
Federal Prison Camp
  at Alderson
Glen Ray Road, Box A
Alderson, West Virginia  24910

Re:    United States of America
       v. Lynda Lorraine Woods
       Appeal No. 05-5244

Dear Ms. Woods:

I looked into your question about whether you qualified for safety valve. The short answer is that I think it is possible you could have received the two-point reduction at sentencing.

You were at offense level 28 and Criminal History Category I with a guideline range of 78 to 97 months. As required, you had not more than one criminal history point. Under U.S.S.G. § 2D1.1 (7), if you met the following criteria set forth in subsections 1-5 of §5C1.2(a), the offense level could have been decreased by 2 levels:

(1) the defendant does not have more than 1 criminal history point, as determined under the sentencing guidelines before application of subsection (b) of 4A1.3 (Departures Based on Inadequacy of Criminal History Category);

(2) the defendant did not use violence or credible threats of violence or possess a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;

(3) the offense did not result in death or serious bodily injury to any person;

(4) the defendant was not an organizer, leader, manager, or supervisor of others in the offense, as determined under the sentencing guidelines and was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; and

Lynda Lorraine Woods
June 14, 2007
Page 2

(5) not later than the time of the sentencing hearing, the defendant has truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, but the fact that the defendant has no relevant or useful other information to provide or that the Government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

U.S.S.G., § 5C1.2, 18 U.S.C.A.

Subsection (5) may be a point of contention.

It is my opinion that this issue could not have been raised on direct appeal for two reasons, one of which is that you entered into a plea agreement waiving your right to take a direct appeal of the sentence. The limited exceptions to that waiver that were set forth in the plea agreement did not apply. In any event, now that the case has been fully briefed and submitted to the panel, I do not see any way of bringing this issue to the Third Circuit's attention.

Tom Patton and I have discussed this and believe that the only way of raising this issue is to file a 2255 petition - *after direct appeal has been completed* - raising ineffective assistance of counsel in failing to pursue this issue at sentencing. Although there could be an argument that this issue is precluded by the plea agreement waiver of collateral attacks, I do not believe that waiver is dispositive.

Please feel free to call me and we can discuss this further.

Very truly yours,

Renee Pietropaolo
Assistant Federal Public Defender

RP:lem