Case 1:04-cr-00054-SJM   Document 57-2   Filed 03/24/2008   Page 1 of 1

