IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNYSLVANIA

UNITED STATES OF AMERICA )
)
v. )          Criminal No. 04 – 54 Erie
)
LYNDA LORRAINE WOODS )

**<u>ORDER</u>**

And now, this _____day of _____, 2008, upon consideration of defendant's Motion to Vacate, Set Aside or Correct Sentence, and the Government's Response thereto, it is hereby ordered that a hearing on this motion shall be held on _____, 2008 at _____.

_____

United States District Judge