IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-54 Erie |
| ) | |
| LYNDA LORRAINE WOODS ) | |

### **O R D E R**

AND NOW to wit, this _____ day of June, 2008, upon consideration of the Government's Motion for Discovery of Attorney-Client Records, it is ORDERED that said Motion is GRANTED. Assistant Federal Defender Thomas Patton shall make the contents of his case file in the above captioned case available for review by government counsel. Any documents deemed relevant by government counsel to Woods' Motion to Vacate Sentence may be copied and retained by government counsel.

_____
SEAN J. MCLAUGHLIN
United States District Judge