# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

vs.

Lyndal Woods

Defendant

No. CR 04-54 E

HEARING ON Mtn [61] for Discovery

Before Judge Sean J McLaughlin

Date June 24, 2008

Chris Trabold, AUSA        John J Mead
                           Thomas W Patton, AFPD

Appear for Government      Appear for Defendant

Hearing begun  1:25 pm        Hearing adjourned to  1:40 pm

Hearing concluded C.A.V. _____    Stenographer Janice Ferguson

                                    Clerk n/a

## WITNESSES:

For Government            For Defendant

Gov't Mtn [61] is GRANTED