IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-54 Erie |
| ) | |
| LYNDA LORRAINE WOODS ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Lynda Lorraine Woods, 20232-068, Year of Birth: 1964, Caucasian, Female.

2. Detained by: FPC Alderson, Glen Ray Road, Box A, Alderson, West Virginia 24910.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and is presently in federal custody at FPC Alderson, Alderson, West Virginia.

4. The above case is set for an evidentiary hearing at Erie, Pennsylvania on July 16, 2008, at 9:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FPC Alderson, Alderson, West Virginia has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____    _____
DATE                      UNITED STATES DISTRICT JUDGE

cc: United States Attorney