# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A )
)
)
)
vs. ) No. CR04-54E
)
Woods )
)
Defendant )

HEARING ON 2255 mtn. to Vacate

Before Judge Sean J McLaughlin

Date 8-18-08

C. Trabold        J. Mead

Appear for Government       Appear for Defendant

Hearing begun 9 am     Hearing adjourned to 10:06

Hearing concluded C.A.V. _____ Stenographer R. Bench

Clerk n/a

Δ's Witnesses: Thomas Patton & Lynda Woods
Motion under advisement;
Δ 10 days to file sup. brief in support
Gov't 10 days to respond to sup. brief